IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

04 10999 MEL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil No. | |
| | ) | |
| GORDON UPTON and | ) | |
| ALEXANDRA ROLLINS UPTON, | ) | |
| MAGISTRATE JUDGE _Alexander_ | | |
| Defendants. | ) | |

RECEIPT # _____
AMOUNT $ N/A
SUMMONS ISSUED Yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. TOM
DATE 5/18/04

UNITED STATES' COMPLAINT FOR ERRONEOUS REFUND

The United States of America, by its undersigned counsel, alleges as follows:

1. This is a civil action commenced pursuant to Section 7405(b) of the Internal Revenue Code of 1986 (26 U.S.C., hereinafter "Code"), to recover taxes and interest erroneously refunded to the defendants with respect to their calendar year 1991 federal income taxes. The United States also seeks a judgment for the interest which has accrued and continues to accrue on the refunded amount, if any, according to law.

2. This action has been commenced at the direction of the Attorney General with the authorization and sanction of the Office of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, all in accordance with the provisions of 26 U.S.C. § 7401.

3. This Court has jurisdiction over the subject matter of this action pursuant to the provisions of 26 U.S.C. §§ 7402(a) and 7405 and 28 U.S.C. §§ 1340, 1345, and 1396.

- 2 -

4. Defendants reside at 24 Goodrich Road, Jamaica Plain, Massachusetts, within the jurisdiction of this Court.

5. On or about April 25, 2000, the taxpayers filed with the Andover Service Center an Amended Return (Form 1040X) for the 1991 tax year, in which the taxpayers claimed a refund in the amount of $15,406.00.

6. On May 24, 2002, a refund check in the amount of $11,504.95 was issued to the Uptons. Said refund was erroneous in whole and was the result of an erroneous abatement of the 1991 liabilities.

7. By letter dated November 17, 2003, the Internal Revenue Service made demand upon the Uptons for repayment of the erroneous refund issued to them.

8. Despite the demands described in the preceding paragraph, Gordon Upton and Alexandra Rollins Upton have failed and refused to pay the amount owed to the United States.

9. The defendants are liable to the United States under 26 U.S.C. § 7405 for all of the erroneously refunded amount, plus interest as allowed by law from the date of the refund until the date of payment.

10. As of May 1, 2004, the total amount owed to the United States is $12,683.06.

- 3 -

WHEREFORE, the United States of America prays that this Court enter a judgment in favor of the United States and against defendants Gordon Upton and Alexandra Rollins Upton in the amount of $12,683.06, plus interest as allowed by law, plus the costs of this action and such other and further relief as the Court deems just and proper.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              BARBARA HEALY SMITH
                                              Assistant United States Attorney

                                              */s/ Lydia D. Bottome*
                                              LYDIA D. BOTTOME
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 55
                                              Ben Franklin Station
                                              Washington, D.C. 20044
                                              Telephone: (202) 307-6560