UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<pre>
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
          Plaintiff,                       )
                                           )    CIVIL ACTION
                                           )    NO. 04-10999 MEL
Gordon Upton and                           )
Alexandra Rollins Upton,                   )
                                           )
          Defendant.                       )
                                           )
</pre>

## NOTICE OF APPEARANCE

Please enter my Appearance as attorney for the Defendants herein, Gordon Upton and Alexandra Rollins Upton.

<pre>
                              Respectfully submitted.

                              Gordon Upton
                              Alexandra Rollins Upton
                              By Their Attorney:


                              _____
                              Peter W. KortKamp
                              BBO No. 546425
                              52 Babcock Street
                              Brookline, MA 02446
Dated: June 14, 2004          (617) 308-7583
</pre>

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 14th day of June, 2004 served a true and complete copy of the within Notice of Appearance by mailing a copy of the same, by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff United States of America, Barbara Healy Smith, Esq., Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Peter W. KortKamp