UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Gordon Upton and<br>Alexandra Rollins Upton,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-10999 MEL |

## ASSENTED-TO MOTION
## TO EXTEND TIME FOR ANSWERING COMPLAINT

NOW COME Defendants Gordon Upton and Alexandra Rollins Upton (the "Defendants") and move to extend the time for answering the Complaint herein. In support of their Motion Defendants state as follows:

1. On or about May 18, 2004 Plaintiff United States of America ("Plaintiff") filed the Complaint herein.

2. On or about May 18, 2004 Defendants were served with the Summons and Complaint herein.

3. Pursuant to the Summons herein Defendants are required to serve their Answer to the Complaint within thirty (30) days of service thereof. Inasmuch as service upon Defendants occurred on or about May 18, 2004, Defendants' Answer is due on or about June 17, 2004.

4. On Monday, June 14, 2004 Defendants retained the undersigned counsel, Peter W. KortKamp, to represent them in this matter.

5. Mr. KortKamp spoke with Plaintiff's local counsel, Barbara Healy Smith, Esq., on Monday, June 14, 2004 and informed Ms. Smith that he had just then been retained to represent the Defendants. Mr. KortKamp asked Ms. Smith if she would agree to an approximate two-week extension until Friday, July 2, 2004 of the time by which Defendants are required to answer the Complaint. Ms. Smith agreed to Mr. KortKamp's request and indicated her assent to the instant Motion.

6. Counsel for the Plaintiff has assented to the instant Motion to Extend Time for Answering Complaint.

WHEREFORE, Counsel for the Defendants having only very recently been retained by the Defendants to represent them in this matter and Plaintiff's Counsel having agreed to extend the time for answering the Complaint until Friday, July 2, 2004 and having assented to the instant Motion, Defendants hereby move for an extension until the close of business, Friday, July 2, 2004 of the time by which they shall be required to file their Answer to the Complaint herein.

Respectfully submitted.

Gordon Upton
Alexandra Rollins Upton
By Their Attorney:

Peter W. KortKamp
BBO No. 546425
52 Babcock Street
Brookline, MA 02446
(617) 308-7583

Dated: June 14, 2004

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 14th day of June, 2004 served a true and complete copy of the within Assented-to Motion to Extend Time for Answering Complaint by mailing a copy of the same, by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff United States of America, Barbara Healy Smith, Esq., Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Peter W. KortKamp