U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV-04-10999-MEL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GORDON UPTON AND ALEXANDRA ROLLINS UPTON | SUMMONS & COMPLAINT |

FILED
IN CLERKS OFFICE

2004 JUN 21  A 5: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Gordon Upton |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 24 Goodrich Road, Jamaica Plain, MA |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                        Fold

Please serve as soon as possible – in hand.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3282 | DATE 5/18/04 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Delaware | 5/18/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 5.19.04 | Time 7:49 am/pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

━━━━━━━━━━━━━━ **DISTRICT OF** ━━━━━ MASSACHUSETTS ━━━━━

UNITED STATES OF AMERICA,

        Plaintiff,

          **V.**

GORDON UPTON and
ALEXANDRA ROLLINS UPTON

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04 10999 MEL

TO: (Name and address of defendant)

    Gordon Upton
    24 Goodrich Road
    Jamaica Plain, Massachusetts 02130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lydia D. Bottome
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.



TONY ANASTAS

CLERK

_____

(BY) DEPUTY CLERK

MAY 18 2004

DATE