UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -6  P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Gordon Upton and<br>Alexandra Rollins Upton,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 04-10999 MEL |
| Gordon Upton and<br>Alexandra Rollins Upton,<br><br>　　　　Counterclaim<br>　　　　Plaintiffs,<br><br>v.<br><br>United States and America<br><br>　　　　Counterclaim<br>　　　　Defendant. | |

## ANSWER AND COUNTERCLAIM

Gordon Upton and Alexandra Rollins Upton, Defendants in the above-entitled action, (the "Defendants") answer the Complaint for Erroneous Refund herein (the "Complaint") as follows:

## ANSWER

1. No response is required to Paragraph 1 of the Complaint as the Complaint, and the statutes cited in Paragraph 1 of the Complaint, speak for themselves. Further answering, Defendants specifically deny that any sum erroneously has been refunded to them with respect to their calendar year 1991 federal income taxes.

2. No response is required to Paragraph 2 of the Complaint as the statute cited in Paragraph 2 of the Complaint speaks for itself. Defendants otherwise are without information sufficient to admit or deny the allegations of Paragraph 2 of the Complaint as they are without knowledge as to any direction, authorization, or sanction made or given by any person as to the commencement or initiation of this action or the filing of the Complaint.

3. No response is required to Paragraph 3 of the Complaint as the statutes cited in Paragraph 3 of the Complaint speak for themselves. Further answering, Defendants admit that this Court has jurisdiction of matters arising under the laws of the United States, but otherwise deny the allegations of Paragraph 3.

4. Defendants admit that they reside at 24 Goodrich Road, Jamaica Plain, Massachusetts, and further, that they are subject to the personal jurisdiction of the Court.

5. Denied. Further answering, Defendants state that on or about February 25, 2002 they filed an Amended Return on Form 1040X, that they did so pursuant to directions they received from the Internal Revenue Service, and that the refund amount they requested was not $15,406.00.

6. Defendants are without information sufficient to admit or deny the allegations contained in the first sentence of Paragraph 6 of the Complaint as they have

no knowledge as to when a particular refund check may have been issued. Defendants admit receiving a check in the amount of $11,504.95 from the Internal Revenue Service, but deny the amount they received was on account of any amount erroneously refunded or abated.

7. Defendants admit having received a letter from the Internal Revenue Service dated November 17, 2003. No further response is required to Paragraph 7 of the Complaint as the letter to which reference is made in Paragraph 7 speaks for itself.

8. Defendants admit they have not paid the sum demanded by the letter to which reference is made in Paragraph 7 of the Complaint. Further answering, Defendants deny being liable for repayment of any erroneous refund made, or alleged to have been made, to them by the Internal Revenue Service. Defendants further deny having failed or refused to pay any amount rightfully owed to the United States.

9. Defendants deny the allegations of Paragraph 9 of the Complaint. Defendants specifically deny that any amount erroneously has been refunded to them.

10. Defendants are without information sufficient to admit or deny the amount of any alleged liability of theirs, or that of any other person, to the United States as of a given date. Further answering, Defendants specifically deny that any amount erroneously has been refunded to them by Plaintiff United States of America. Defendants further specifically deny being liable for repayment of any erroneous refund made, or alleged to have been made, to them.

**WHEREFORE,** Defendants Gordon and Alexandra Rollins Upton pray that the Complaint in its entirety be dismissed and that they receive their costs herein, together with such other and further relief as this Court directs.

## **COUNTERCLAIM**

11. Plaintiff and Counterclaim Defendant is Plaintiff United States of America.

12. Upon information and belief, Counterclaim Defendant United States of America, in conjunction with its agency the Internal Revenue Service, and employees of said the Internal Revenue Service, has conspired to, and has, wrongfully withheld income tax refunds due Defendants and Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton.

13. The amount due Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton on account of the actions of Counterclaim Defendant United States of America, and its agency the Internal Revenue Service, and employees of said the Internal Revenue Service, in conspiring to, and actually, wrongfully income tax refunds due the Uptons is at least $17,498.81, plus interest.

14. Upon information and belief, Counterclaim Defendant United States of America, in conjunction with its agency the Internal Revenue Service and employees of the Internal Revenue Service, has conspired to, and has, wrongfully attempted to collect supposed, but nonexistent, federal income tax liabilities of the Uptons, and in doing so have violated rights secured to the Uptons under the Constitution and laws of the United States.

15. The Uptons have suffered grave and extensive financial, professional, medical, emotional, and other damages on account of the wrongful actions described in the foregoing Paragraphs 11 through 14 hereof.

### Count I

16. Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton repeat and re-allege Paragraphs 1 through 15 hereof.

17. Counterclaim Defendant United States of America is liable to the Uptons in the amount of at least $17,481.81, plus interest, together with such other and further relief as the Court determines.

### Count II

18. Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton repeat and re-allege Paragraphs 1 through 17 hereof.

19. Counterclaim Defendant United States of America is liable under Internal Revenue Code § 7433 to the Uptons in such amount as the Court determines.

### Count III

20. Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton repeat and re-allege Paragraphs 1 through 19 hereof.

21. Counterclaim Defendant United States of America is liable under the laws and Constitution of the United States to the Uptons in such amount as the Court determines.

### IV. Counterclaim Prayer for Relief

**WHEREFORE,** Counterclaim Plaintiffs Gordon and Alexandra Rollins Upton respectfully request entry of judgment on their Counterclaim as follows:

(a) as and for Counterclaim Count I in the amount of $17,498.81, plus interest, or such other amount as the Court determines;

(b) as and for Counterclaim Count II in such amount as the Court determines;

(c) as and for Counterclaim Count III in such amount as the Court determines;

(d) awarding the Uptons their costs and attorneys fees; and

(e) such other and further relief as the Court deems just and proper.

Respectfully submitted.

                Gordon Upton
                Alexandra Rollins Upton
                By Their Attorney:

                _____
                Peter W. KortKamp
                BBO No. 546425
                52 Babcock Street, No. 2
                Brookline, MA 02446
                (617) 308-7583

Dated: July 2, 2004

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 2nd day of July 2004 served a true and complete copy of the within Answer and Counterclaim, by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff and Counterclaim Defendant United States of America, Barbara Healy Smith, Esq., Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Peter W. KortKamp