IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff and Counterclaim Defendant, )
                                    )
v.                                  )        Civil No. 04-10999-MEL
                                    )
GORDON UPTON and                    )
ALEXANDRA ROLLINS UPTON,            )
                                    )
        Defendants and Counterclaim Plaintiffs. )

PARTIES' RULE 16.1 STATEMENT

        Pursuant to the Court's Notice of Scheduling Conference, the parties, by and

through undersigned counsel, submit the following joint statement:

        1.      The parties request 5 months to complete discovery.  The parties'

proposed discovery deadline would therefore be February 14, 2005.  Extended

discovery is requested because of a potential issue with respect to the validity of

signatures contained on several documents which may necessitate the employment of

a handwriting expert.  Because of the factual nature of this litigation, phased discovery

is not recommended, though the parties will comply with the expert witness

requirements of Rule 26(a)(2),

        2.      The parties propose that the Court set March 21, 2005, as the last day for

the service of dispositive motions, thereby allowing the parties a reasonable time after

the discovery phase is completed to consider settlement possibilities and draft

dispositive motions.  The parties propose that responses to any summary judgment

motion be served by April 11, 2005.

- 2 -

3.    The parties will file separate certifications as required by Local Rule 16.1(d)(3).

AGREED:

United States of America
Plaintiff and Counterclaim Defendant:

Gordon and Alexandra Upton
Defendant and Counterclaim Plaintiff:

BY:  /s/ Lydia Bottome Turanchik
Lydia Bottome Turanchik
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6560

BY:   (By telephone approval)
Peter W. KortKamp
52 Babcock Street, #2
Brookline, MA  02446
(617) 308-7583
BBO #546425