UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and<br>    Counterclaim<br>    Defendant<br><br>v.<br><br>Gordon Upton and<br>Alexandra Rollins Upton,<br><br>    Defendants and<br>    Counterclaim<br>    Plaintiffs. | CIVIL ACTION<br>NO. 04-10999 MEL |

### ASSENTED-TO MOTION TO EXTEND TIME FOR RESPONSE TO UNITED STATES' MOTION TO DISMISS COUNTERCLAIM

NOW COME Defendants and Counterclaim Plaintiffs Gordon Upton and Alexandra Rollins Upton (the "Uptons") and move to extend the time for filing a response to the previously filed Motion to Dismiss Counterclaim of Plaintiff and Counterclaim Defendant United States of America (the "United States"). In support of the instant Motion the Uptons state as follows:

1. On or about May 18, 2004 the United States filed the Complaint herein. The Uptons were served May 18, 2004.

2. On July 2, 2004, pursuant to the parties' Assented-To Motion to Extend Time for Answering Complaint, the Uptons filed and served their Answer and Counterclaim herein (the "Counterclaim").

3. On or about September 1, 2004 the United States served its Motion to Dismiss Counterclaim of Plaintiff and Counterclaim Defendant United States of America (the "Motion to Dismiss") by which the United States seeks to have the Counterclaim dismissed. Pursuant to the Federal Rules of Civil Procedure, and the Local Rules of this Court, the Uptons' response to the Motion to Dismiss is due Wednesday, September 15, 2004.

4. Counsel for the Uptons, Peter W. KortKamp, and counsel for the United States, Lydia D. Bottome, have conferred and have agreed that the Uptons' response to the Motion to Dismiss will be considered timely if mailed Friday, September 24, 2004.

WHEREFORE, counsel for the United States having agreed to extend the deadline for the Uptons to respond to the Motion to Dismiss, the Uptons hereby move for an extension until Friday, September 24, 2004 of the time by which they shall be required to respond to the Motion to Dismiss, such that the Uptons' response shall be considered timely if mailed Friday, September 24, 2004.

Respectfully submitted.

| | |
|---|---|
| Gordon Upton<br>Alexandra Rollins Upton<br>By Their Attorney:<br><br>_____<br>Peter W. KortKamp<br>BBO No. 546425<br>52 Babcock Street, No. 2<br>Brookline, MA 02446<br>(617) 308-7583<br><br>September 13, 2004 | United States of America<br>By Its Attorney:<br><br><br>/s/ Lydia D. Bottome_____<br>Lydia D. Bottome<br>Tax Division<br>U.S. Department of Justice<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>September 13, 2004 |

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 13th day of September, 2004 served a true and complete copy of the within Assented-To Motion to Extend Time for Responding to United States' Motion to Dismiss Counterclaim by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff United States of America, Lydia D. Bottome, Esq., Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044.

Peter W. KortKamp