IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
        )
   Plaintiff and Counterclaim Defendant, )
        )
   v.        )    Civil No. 04-10999-MEL
        )
GORDON UPTON and        )
ALEXANDRA ROLLINS UPTON,        )
        )
   Defendants and Counterclaim Plaintiffs. )

## UNITED STATES' RULE 26(a)(1) DISCLOSURES

The plaintiff and counterclaim defendant, United States of America, by its

undersigned counsel, hereby makes the following Initial Disclosures pursuant to Rule

26(a)(1) of the Federal Rules of Civil Procedure:

    A.    Identity of Individuals Likely to Have Discoverable Information

Plaintiff believes that the following individuals may possess discoverable

information with regard to any disputed facts, as alleged in the Complaint:

    1.    Gordon Upton - 24 Goodrich Road, Jamaica Plain, Massachusetts

    2.    Alexandra Rollins Upton - 24 Goodrich Road, Jamaica Plain,

    Massachusetts

    B.    Identity of Documents Relevant to Disputed Facts

Counsel for the United States has a copy of the administrative file compiled by

the Internal Revenue Service with respect to this erroneous refund action for the 1991

income tax year, including correspondence, examination documents, and the Tax Court

decision and stipulation.  Upon completion of copying and a review of the documents to

- 2 -

determine whether assertions of privilege are necessary, a copy of the file will be turned over to the defendant.

C.    Computation of Damages Claimed by Plaintiff

Plaintiff claims $12,683.06, as of May 1, 2004, plus interest accruing thereafter

D.    Disclosure of Applicable Insurance Agreement

This section is inapplicable in the case at bar.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing INITIAL DISCLOSURES

PURSUANT TO RULE 26(A)(1) has been made upon the following by depositing a copy in

the United States mail, postage prepaid, this 28th day of September 2004:


Mr. Peter KortKamp
52 Babcock Street
#2
Brookline, Massachusetts 02446



/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560