UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,        )<br>                                  )<br>        Plaintiff and,          )<br>        Counterclaim            )<br>        Defendant               )<br>v.                                )<br>                                  )  CIVIL ACTION<br>                                  )  NO. 04-10999 MEL<br>Gordon Upton and                  )<br>Alexandra Rollins Upton,          )<br>                                  )<br>        Defendants and          )<br>        Counterclaim            )<br>        Plaintiffs.             )<br>                                  )  | |

## DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS COUNTERCLAIM

Defendants and Counterclaim Plaintiffs Gordon Upton and Alexandra Rollins Upton ("the Uptons"), through their undersigned counsel, hereby oppose Plaintiff and Counterclaim Defendant United States' (the "United States") Motion To Dismiss Counterclaim and rely on their Memorandum Of Law filed herewith.

Respectfully submitted.

Gordon Upton
Alexandra Rollins Upton
By Their Attorney:

Peter W. KortKamp
BBO No. 546425
52 Babcock Street, No. 2
Brookline, MA 02446
(617) 308-7583

Dated: September 24, 2004

## **Certificate of Service**

I, the undersigned Peter W. KortKamp, hereby certify that I have this 24th day of September, 2004 served a true and complete copy of the within Defendants' and Counterclaim Plaintiffs' Opposition To United States' Motion To Dismiss Counterclaim, together with their accompanying Memorandum Of Law In Support Of Defendants' and Counterclaim Plaintiffs' Response To United States' Motion To Dismiss Counterclaim, by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff and Counterclaim Defendant United States of America, Lydia D. Bottome, Esq., Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044.

_____
Peter W. KortKamp