UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,<br><br>    Plaintiff and<br>    Counterclaim<br>    Defendant<br>v.<br><br>Gordon Upton and<br>Alexandra Rollins Upton,<br><br>    Defendants and<br>    Counterclaim<br>    Plaintiffs. | CIVIL ACTION<br>NO. 04-10999 MEL |

## INITIAL DISCLOSURES UNDER RULE 26(A)(1)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants and Counterclaim Plaintiffs Gordon Upton and Alexandra Rollins Upton (the "Uptons"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, reserving all rights to supplement these Initial Disclosures as necessary or appropriate, hereby provide the following information:

1. Names, addresses, and telephone numbers of each individual likely to have discoverable information that the disclosing party (the Uptons) may use to support their claims or defenses:

   a. Gordon Upton
      24 Goodrich Road
      Boston, MA 02130-2005
      (617) 524-6007

      Mr. Upton is likely to have information bearing on the subject matter of the Complaint, the Answer, and the Counterclaim herein, including (without limitation), a federal income tax

    refund allegedly erroneously made to the Uptons, one or more federal tax liens filed by the Internal Revenue Service against the Uptons and the release of same, contacts and dealings the Uptons have had with the Internal Revenue Service, the Uptons' 1991 and subsequent Tax Years, audit and collection actions taken by the Internal Revenue Service against the Uptons, and harm the Uptons have experienced as a result of actions the Internal Revenue Service has taken.

  b. Alexandra Rollins Upton
     24 Goodrich Road
     Boston, MA 02130-2005
     (617) 524-6007

     Mrs. Upton is likely to have information bearing on the subject matter of the Complaint, the Answer, and the Counterclaim herein, including (without limitation), a federal income tax refund allegedly erroneously made to the Uptons, one or more federal tax liens filed by the Internal Revenue Service against the Uptons and the release of same, contacts and dealings the Uptons have had with the Internal Revenue Service, the Uptons' 1991 and subsequent Tax Years, audit and collection actions taken by the Internal Revenue Service against the Uptons, and harm the Uptons have experienced as a result of actions the Internal Revenue Service has taken.

  c. One or more employees of the Internal Revenue Service working in the audit collection areas of the Service, addresses and telephone numbers presently unknown

     These persons, whose specific identities and contact information presently are unknown to the Uptons, but whose identities are expected to become known through discovery, may reasonably be expected to have information bearing on the subject matter of the Complaint, the Answer, and the Counterclaim herein, including (without limitation), a federal income tax refund allegedly erroneously made to the Uptons, one or more federal tax liens filed by the Internal Revenue Service against the Uptons and the release of same, contacts and dealings the Uptons have had with the Internal Revenue Service, the Uptons' 1991 and subsequent Tax Years, audit and collection actions taken by the Internal Revenue Service against the Uptons, and harm the Uptons have experienced as a result of actions the Internal Revenue Service has taken.

2. Copies of, and descriptions by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, and control of the party (the Uptons) and that the disclosing party (the Uptons) may use to support its claims or defenses, unless solely for impeachment:

   a. Correspondence by and between the Uptons and the Internal Revenue Service.

   b. One or more federal tax liens (and releases of same) filed by the Internal Revenue Service against the Uptons.

   c. Audit and/or collection notices issued by the Internal Revenue Service to the Uptons.

   d. Various documents as yet undetermined.

   All documents described above are located at the Uptons' residence, 24 Goodrich Road, Boston, MA 02130-2005 or at the office of their attorney, Peter W. KortKamp, 52 Babcock Street, Suite 2, Brookline, MA 02446. Such documents will be produced for inspection and copy at such time, date, and location as counsel mutually shall agree.

3. Computation of any category of damages claimed by the disclosing party (the Uptons), making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

   The Uptons will supply copies of such computations of damages as existed as of the filing and service of the Answer and Counterclaim herein.

4.   Insurance agreements relevant to this action:

   None.


RESPECTFULLY SUBMITTED.

                                             Gordon Upton
                                             Alexandra Rollins Upton
                                             By Their Attorney:


                                             Peter W. KortKamp
                                             BBO No. 546425
                                             52 Babcock Street, Suite 2
                                             Brookline, MA 02446

Dated: September 28, 2004          (617) 308-7583

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 28th day of September, 2004 served a true and complete copy of the within Initial Disclosures Under Rule 26(a)(1) of the Federal Rules of Civil Procedure by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff and Counterclaim Defendant United States of America, Lydia D. Bottome, Esq., Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044.

Peter W. KortKamp