# Form 1040  U.S. Individual Income Tax Return 1991

(0) COPY DO NOT PROCESS

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1991, or other tax year beginning _____, 1991, ending _____, 19___   OMB No. 1545-0074

**Label** (See instructions on page 11.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: Gordon A.  Last name: Upton
If a joint return, spouse's first name and initial: Alexandria R.  Last name: Upton
Home address (number and street): 92 State St.
City, town or post office, state, and ZIP code: Bristol, RI 02809

Your social security number: ___-__-2143
Spouse's social security number: ___-__-5303

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**Presidential Election Campaign** (See page 11.)
Do you want $1 to go to this fund? Yes ☐ No ☑
If joint return, does your spouse want $1 to go to this fund? Yes ☐ No ☑
Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box. [2]
1. ☐ Single
2. ☑ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 12.)

**Exemptions** (See page 12.)

6a ☑ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b ☑ Spouse
c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of boxes checked on 6a and 6b: **2**
No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 14)
No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed

Add numbers entered on lines above ▶ **2**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a  1,037 |
| b | Tax-exempt interest income (see page 16). DON'T include on line 8a  8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss) (attach Schedule C) | 12  (75,209) |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | 14 |
| 15 | Other gains or (losses) (attach Form 4797) | 15 |
| 16a | Total IRA distributions  16a _____  16b Taxable amount (see page 17) | 16b |
| 17a | Total pensions and annuities  17a _____  17b Taxable amount (see page 17) | 17b |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 |
| 19 | Farm income or (loss) (attach Schedule F) | 19 |
| 20 | Unemployment compensation (insurance) (see page 18) | 20 |
| 21a | Social security benefits  21a _____  21b Taxable amount (see page 18) | 21b |
| 22 | Other income (list type and amount—see page 19) .................... | 22 |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23  (74,172) |

**Adjustments to Income** (See page 19.)

| | | |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21  24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21  24b | |
| 25 | One-half of self-employment tax (see page 21)  25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 22  26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction  27 | |
| 28 | Penalty on early withdrawal of savings  28 | |
| 29 | Alimony paid. Recipient's SSN ▶  29 | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | 30 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56. ▶ | 31  (74,172)

GOVERNMENT EXHIBIT A

Cat. No. 11320B

Form 1040 (1991)   Page

| | | | |
|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 (74,172) |
| | 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | |
| If you want the IRS to figure your tax, see page 24. | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | |
| | 34 | Enter the larger of your: **Itemized deductions** (from Schedule A, line 26), OR **Standard deduction** (shown below for your filing status). **Caution:** *If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.* • Single—$3,400  • Head of household—$5,000 • Married filing jointly or Qualifying widow(er)—$5,700 • Married filing separately—$2,850 | 34  42,524 |
| | 35 | Subtract line 34 from line 32 | 35 (116,696) |
| | 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | 36  4,300 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37  0 |
| | 38 | Enter tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e _____ .) | 38 |
| | 39 | Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 |
| | 40 | Add lines 38 and 39 ▶ | 40 |
| **Credits** (See page 25.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 |
| | 43 | Foreign tax credit (attach Form 1116) | 43 |
| | 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | 44 |
| | 45 | Add lines 41 through 44 | 45 |
| | 46 | Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ | 46 |
| **Other Taxes** | 47 | Self-employment tax (attach Schedule SE) | 47  484 |
| | 48 | Alternative minimum tax (attach Form 6251) | 48 |
| | 49 | Recapture taxes (see page 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 |
| | 50 | Social security and Medicare tax on tip income not reported to employer (attach Form 4137) | 50 |
| | 51 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 51 |
| | 52 | Advance earned income credit payments from Form W-2 | 52 |
| | 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53  484 |
| **Payments** Attach Forms W-2, W-2G, and 1099-R to front. | 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 54 |
| | 55 | 1991 estimated tax payments and amount applied from 1990 return | 55 |
| | 56 | **Earned income credit** (attach Schedule EIC) | 56 |
| | 57 | Amount paid with Form 4868 (extension request) | 57 |
| | 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) | 58 |
| | 59 | Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 |
| | 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID. ▶ | 61 |
| | 62 | Amount of line 61 to be REFUNDED TO YOU ▶ | 62 |
| | 63 | Amount of line 61 to be APPLIED TO YOUR 1992 ESTIMATED TAX ▶ | 63 |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. | 64  484 |
| | 65 | Estimated tax penalty (see page 28). Also include on line 64. | 65 |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signed]   Date 3/23/92   Your occupation: Businessman
Spouse's signature (if joint return, BOTH must sign) ▶ [signed]   Date 3-23-92   Spouse's occupation: business

**Paid Preparer's Use Only**

Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's social security no.
Firm's name (or yours if self-employed) and address ▶   E.I. No.   ZIP code

*U.S. Government Printing Office: 1991 — 285-1*

| SCHEDULES A&B (Form 1040) | | Schedule A—Itemized Deductions | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|
| Department of the Treasury — Internal Revenue Service (0) | | (Schedule B is on back) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | | | **1991** Attachment Sequence No. 07 |
| Name(s) shown on Form 1040 | | | | | Your social security number |

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | |
| | 1 | Medical and dental expenses. (See page 38.) | 1 | 4,961 | |
| | 2 | Enter amount from Form 1040, line 32 ⌊2⌋ (74,172) | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | (5,563) | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | 4 | | 0 |
| **Taxes You Paid** (See page 38.) | 5 | State and local income taxes | 5 | | |
| | 6 | Real estate taxes | 6 | 2,137 | |
| | 7 | Other taxes. (List—include personal property taxes.) ▶ .................. | 7 | 353 | |
| | 8 | Add lines 5 through 7. Enter the total ▶ | 8 | | 2,490 |
| **Interest You Paid** (See page 39.) Note: Personal interest is no longer deductible. | 9a | Home mortgage interest and points reported to you on Form 1098 | 9a | 39,259 | |
| | b | Home mortgage interest not reported to you on Form 1098. (If paid to an individual, show that person's name and address.) ▶ .................. | 9b | | |
| | 10 | Points not reported to you on Form 1098. (See instructions for special rules.) | 10 | | |
| | 11 | Investment interest (attach Form 4952 if required). (See page 40.) | 11 | | |
| | 12 | Add lines 9a through 11. Enter the total ▶ | 12 | | 39,259 |
| **Gifts to Charity** (See page 40.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 40.* | | | |
| | 13 | Contributions by cash or check | 13 | 775 | |
| | 14 | Other than cash or check. (You **MUST** attach Form 8283 if over $500.) | 14 | | |
| | 15 | Carryover from prior year | 15 | | |
| | 16 | Add lines 13 through 15. Enter the total ▶ | 16 | | 775 |
| **Casualty and Theft Losses** | 17 | Casualty or theft loss(es) (attach Form 4684). (See page 40.) ▶ | 17 | | |
| **Moving Expenses** | 18 | Moving expenses (attach Form 3903 or 3903F). (See page 41.) ▶ | 18 | | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 41 for expenses to deduct here.) | 19 | Unreimbursed employee expenses—job travel, union dues, job education, etc. (You **MUST** attach Form 2106 if required. See instructions.) ▶ .................. | 19 | | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ .................. | 20 | | |
| | 21 | Add lines 19 and 20 | 21 | | |
| | 22 | Enter amount from Form 1040, line 32. ⌊22⌋ (74,172) | | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | (1,483) | |
| | 24 | Subtract line 23 from line 21. Enter the result. If less than zero, enter -0- ▶ | 24 | | 0 |
| **Other Miscellaneous Deductions** | 25 | Other (from list on page 41 of instructions). List type and amount ▶ .................. | | | |
| | | | 25 | | |
| **Total Itemized Deductions** | 26 | • If the amount on Form 1040, line 32, is $100,000 or less ($50,000 or less if married filing separately), add lines 4, 8, 12, 16, 17, 18, 24, and 25. Enter the total here. ▶ | 26 | | 42,524 |
| | | • If the amount on Form 1040, line 32, is more than $100,000 (more than $50,000 if married filing separately), see page 42 for the amount to enter. | | | |
| | | Caution: *Be sure to enter on Form 1040, line 34, the LARGER of the amount on line 26 above or your standard deduction.* | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 11330X   Schedule A (Form 1040) 1991

Schedules A&B (Form 1040) 1991

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

OMB No. 1545-0074   Page **2**

Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**Part I
Interest Income**

(See pages 15 and 43.)

If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 43), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 43.

Interest Income

| | | Amount |
|---|---|---|
| 1 | Interest income. (List name of payer—if any interest income is from seller-financed mortgages, see instructions and list this interest first.) ▶ *Rhode Island Hospital Trust* | 818 |
| | *Fleet Bank* | 219 |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | |
|---|---|---|---|
| 2 | Add the amounts on line 1 | 2 | 1,037 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 1,037 |

**Part II
Dividend Income**

(See pages 16 and 43.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 43.

Dividend Income

| | | Amount |
|---|---|---|
| 5 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | |

Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| | | | |
|---|---|---|---|
| 6 | Add the amounts on line 5 | 6 | |
| 7 | Capital gain distributions. Enter here and on Schedule D* . | 7 | |
| 8 | Nontaxable distributions. (See the inst. for Form 1040, line 9.) | 8 | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III
Foreign Accounts and Foreign Trusts**

(See page 43.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1991, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 43 for exceptions and filing requirements for Form TD F 90-22.1.) | | |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1991, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1991

*U.S. Government Printing Office: 1991 — 285-170

| SCHEDULE C<br>(Form 1040) | Profit or Loss From Business<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065. | OMB No. 1545-0074<br>**1991** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (0) | ▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment<br>Sequence No. 09 |

Name of proprietor: *Gordon Upton*

Social security number (SSN): *...2143*

**A** Principal business or profession, including product or service (see instructions)
*Project Finance Consulting*

**B** Enter principal business code (from page 2) ▶ *7286*

**C** Business name *G. Upton*

**D** Employer ID number (Not SSN)

**E** Business address (including suite or room no.) ▶ *92 State St., Bristol, RI 02809*
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Method(s) used to value closing inventory: (1) ☐ Cost  (2) ☐ Lower of cost or market  (3) ☐ Other (attach explanation)  (4) ☐ Does not apply (if checked, skip line H)   Yes / No

**H** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? (If "Yes," attach explanation.)

**I** Did you "materially participate" in the operation of this business during 1991? (If "No," see instructions for limitations on losses.)  ☒ Yes

**J** If this is the first Schedule C filed for this business, check here ▶ ☐

### Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here  ▶ ☐ | **1** 25,397 |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 25,397 |
| 4 | Cost of goods sold (from line 40 on page 2) | **4** |
| 5 | Subtract line 4 from line 3 and enter the gross profit here | **5** 25,397 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | Add lines 5 and 6. This is your gross income  ▶ | **7** 25,397 |

### Part II   Expenses (Caution: Enter expenses for business use of your home on line 30.)

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | **8** 2,130 | 21 Repairs and maintenance | **21** | |
| 9 | Bad debts from sales or services (see instructions) | **9** 57,561 | 22 Supplies (not included in Part III) | **22** 5,340 | |
| 10 | Car and truck expenses (see instructions—also attach Form 4562) | **10** 7,797 | 23 Taxes and licenses | **23** | |
| 11 | Commissions and fees | **11** | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | **24a** 6,954 | |
| 12 | Depletion | **12** | b Meals and entertainment  7,477 | | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | c Enter 20% of line 24b subject to limitations (see instructions)  1,495 | | |
| 14 | Employee benefit programs (other than on line 19) | **14** | d Subtract line 24c from line 24b | **24d** 5,982 | |
| 15 | Insurance (other than health) | **15** 2,678 | 25 Utilities | **25** 1,502 | |
| 16 | Interest: | | 26 Wages (less jobs credit) | **26** | |
| a | Mortgage (paid to banks, etc.) | **16a** | 27a Other expenses (list type and amount): | | |
| b | Other | **16b** | | | |
| 17 | Legal and professional services | **17** 7,700 | | | |
| 18 | Office expense | **18** 6,387 | | | |
| 19 | Pension and profit-sharing plans | **19** | | | |
| 20 | Rent or lease (see instructions): | | | | |
| a | Vehicles, machinery, and equipment | **20a** | | | |
| b | Other business property | **20b** | 27b Total other expenses | **27b** | |

| | | |
|---|---|---|
| 28 | Add amounts in columns for lines 8 through 27b. These are your total expenses before expenses for business use of your home  ▶ | **28** 104,031 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | **29** (78,634) |
| 30 | Expenses for business use of your home (attach Form 8829) | **30** |
| 31 | Net profit or (loss). Subtract line 30 from line 29. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see instructions). If a loss, you MUST go on to line 32 (fiduciaries, see instructions) | **31** (78,634) |
| 32 | If you have a loss, you MUST check the box that describes your investment in this activity (see instructions)  32a ☒ All investment is at risk.<br>If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see instructions). If you checked 32b, you MUST attach Form 6198.  32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.      Cat. No. 11334P      Schedule C (Form 1040) 1991

Schedule C (Form 1040) 1991                                                                                                Page 2

## Part III — Cost of Goods Sold (See instructions.)

| # | Description | |
|---|---|---|
| 33 | Inventory at beginning of year. (If different from last year's closing inventory, attach explanation.) | 33 |
| 34 | Purchases less cost of items withdrawn for personal use | 34 |
| 35 | Cost of labor. (Do not include salary paid to yourself.) | 35 |
| 36 | Materials and supplies | 36 |
| 37 | Other costs | 37 |
| 38 | Add lines 33 through 37 | 38 |
| 39 | Inventory at end of year | 39 |
| 40 | Cost of goods sold. Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 |

## Part IV — Principal Business or Professional Activity Codes

Locate the major category that best describes your activity. Within the major category, select the activity code that most closely identifies the business or profession that is the principal source of your sales or receipts. Enter this 4-digit code on page 1, line B. For example, real estate agent is under the major category of "Real Estate," and the code is "5520." (Note: If your principal source of income is from farming activities, you should file Schedule F (Form 1040), Profit or Loss From Farming.)

### Agricultural Services, Forestry, Fishing
**Code**
- 1990 Animal services, other than breeding
- 1933 Crop services
- 2113 Farm labor & management services
- 2246 Fishing, commercial
- 2238 Forestry, except logging
- 2212 Horticulture & landscaping
- 2469 Hunting & trapping
- 1974 Livestock breeding
- 0836 Logging
- 1958 Veterinary services, including pets

### Construction
- 0018 Operative builders (for own account)

**Building Trade Contractors, Including Repairs**
- 0414 Carpentering & flooring
- 0455 Concrete work
- 0273 Electrical work
- 0299 Masonry, dry wall, stone, & tile
- 0257 Painting & paper hanging
- 0232 Plumbing, heating, & air conditioning
- 0430 Roofing, siding & sheet metal
- 0885 Other building trade contractors (excavation, glazing, etc.)

**General Contractors**
- 0075 Highway & street construction
- 0059 Nonresidential building
- 0034 Residential building
- 3889 Other heavy construction (pipe laying, bridge construction, etc.)

### Finance, Insurance, & Related Services
- 6064 Brokers & dealers of securities
- 6080 Commodity contracts brokers & dealers; security & commodity exchanges
- 6148 Credit institutions & mortgage bankers
- 5702 Insurance agents or brokers
- 5744 Insurance services (appraisal, consulting, inspection, etc.)
- 6130 Investment advisors & services
- 5777 Other financial services

### Manufacturing, Including Printing & Publishing
- 0679 Apparel & other textile products
- 1115 Electric & electronic equipment
- 1073 Fabricated metal products
- 0638 Food products & beverages
- 0810 Furniture & fixtures
- 0695 Leather footwear, handbags, etc.
- 0836 Lumber & other wood products
- 1099 Machinery & machine shops
- 0877 Paper & allied products
- 1057 Primary metal industries
- 0851 Printing & publishing
- 1032 Stone, clay, & glass products
- 0653 Textile mill products
- 1883 Other manufacturing industries

### Mining & Mineral Extraction
- 1537 Coal mining
- 1511 Metal mining

- 1552 Oil & gas
- 1719 Quarrying & nonmetallic mining

### Real Estate
- 5538 Operators & lessors of buildings, including residential
- 5553 Operators & lessors of other real property
- 5520 Real estate agents & brokers
- 5579 Real estate property managers
- 5710 Subdividers & developers, except cemeteries
- 6155 Title abstract offices

### Services: Personal, Professional, & Business Services
**Amusement & Recreational Services**
- 9670 Bowling centers
- 9688 Motion picture & tape distribution & allied services
- 9597 Motion picture & video production
- 9639 Motion picture theaters
- 8557 Physical fitness facilities
- 9696 Professional sports & racing, including promoters & managers
- 9811 Theatrical performers, musicians, agents, producers & related services
- 9613 Video tape rental
- 9837 Other amusement & recreational services

**Automotive Services**
- 8813 Automotive rental or leasing, without driver
- 8953 Automotive repairs, general & specialized
- 8839 Parking, except valet
- 8896 Other automotive services (wash, towing, etc.)

**Business & Personal Services**
- 7658 Accounting & bookkeeping
- 7716 Advertising, except direct mail
- 7682 Architectural services
- 8318 Barber shop (or barber)
- 8110 Beauty shop (or beautician)
- 8714 Child day care
- 6676 Communication services
- 7872 Computer programming, processing, data preparation & related services
- 7922 Computer repair, maintenance, & leasing
- 7286 Consulting services
- 7799 Consumer credit reporting & collection services
- 8755 Counseling (except health practitioners)
- 6395 Courier or package delivery
- 7732 Employment agencies & personnel supply
- 7518 Engineering services
- 7773 Equipment rental & leasing (except computer or automotive)
- 8532 Funeral services & crematories
- 7633 Income tax preparation
- 7914 Investigative & protective services
- 7617 Legal services (or lawyer)
- 7856 Mailing, reproduction, commercial art, photography, & stenographic services
- 7245 Management services
- 8771 Ministers & chaplains
- 8334 Photographic studios

- 7260 Public relations
- 6536 Public warehousing
- 7708 Surveying services
- 8730 Teaching or tutoring
- 6510 Trash collection without own dump
- 6692 Utilities (dumps, snowplowing, road cleaning, etc.)
- 7880 Other business services
- 6882 Other personal services

**Hotels & Other Lodging Places**
- 7237 Camps & camping parks
- 7096 Hotels, motels, & tourist homes
- 7211 Rooming & boarding houses

**Laundry & Cleaning Services**
- 7450 Carpet & upholstery cleaning
- 7419 Coin-operated laundries & dry cleaning
- 7435 Full-service laundry, dry cleaning, & garment service
- 7476 Janitorial & related services (building, house, & window cleaning)

**Medical & Health Services**
- 9274 Chiropractors
- 9233 Dentist's office or clinic
- 9217 Doctor's (M.D.) office or clinic
- 9456 Medical & dental laboratories
- 9472 Nursing & personal care facilities
- 9290 Optometrists
- 9258 Osteopathic physicians & surgeons
- 9241 Podiatrists
- 9415 Registered & practical nurses
- 9431 Offices & clinics of other health practitioners (dieticians, midwives, speech pathologists, etc.)
- 9886 Other health services

**Miscellaneous Repair, Except Computers**
- 9019 Audio equipment & TV repair
- 9035 Electrical & electronic equipment repair, except audio & TV
- 9050 Furniture repair & reupholstery
- 2881 Other equipment repair

### Trade, Retail—Selling Goods to Individuals & Households
- 3038 Catalog or mail order
- 3012 Selling door to door, by telephone or party plan, or from mobile unit
- 3053 Vending machine selling

**Selling From Showroom, Store, or Other Fixed Location**

**Apparel & Accessories**
- 3921 Accessory & specialty stores & furriers for women
- 3939 Clothing, family
- 3772 Clothing, men's & boys'
- 3913 Clothing, women's
- 3756 Shoe stores
- 3954 Other apparel & accessory stores

**Automotive & Service Stations**
- 3558 Gasoline service stations
- 3319 New car dealers (franchised)
- 3533 Tires, accessories, & parts
- 3335 Used car dealers
- 3517 Other automotive dealers (motorcycles, recreational vehicles, etc.)

**Building, Hardware, & Garden Supply**
- 4416 Building materials dealers
- 4457 Hardware stores
- 4473 Nurseries & garden supply stores
- 4432 Paint, glass, & wallpaper stores

**Food & Beverages**
- 0612 Bakeries selling at retail
- 3086 Catering services
- 3095 Drinking places (bars, taverns, pubs, saloons, etc.)
- 3079 Eating places, meals & snacks
- 3210 Grocery stores (general line)
- 3251 Liquor stores
- 3236 Specialized food stores (meat, produce, candy, health food, etc.)

**Furniture & General Merchandise**
- 3988 Computer & software stores
- 3970 Furniture stores
- 4317 Home furnishings stores (china, floor coverings, drapes)
- 4119 Household appliance stores
- 4333 Music & record stores
- 3996 TV, audio & electronic stores
- 3715 Variety stores
- 3731 Other general merchandise stores

**Miscellaneous Retail Stores**
- 4812 Boat dealers
- 5017 Book stores, excluding newsstands
- 4853 Camera & photo supply stores
- 3277 Drug stores
- 5058 Fabric & needlework stores
- 4655 Florists
- 5090 Fuel dealers (except gasoline)
- 4630 Gift, novelty & souvenir shops
- 4838 Hobby, toy, & game shops
- 4671 Jewelry stores
- 4895 Luggage & leather goods stores
- 5074 Mobile home dealers
- 4879 Optical goods stores
- 4697 Sporting goods & bicycle shops
- 5033 Stationery stores
- 4614 Used merchandise & antique stores (except motor vehicle parts)
- 5884 Other retail stores

### Trade, Wholesale—Selling Goods to Other Businesses, etc.
**Durable Goods, Including Machinery Equipment, Wood, Metals, etc.**
- 2634 Agent or broker for other firms—more than 50% of gross sales on commission
- 2618 Selling for your own account

**Nondurable Goods, Including Food, Fiber, Chemicals, etc.**
- 2675 Agent or broker for other firms—more than 50% of gross sales on commission
- 2659 Selling for your own account

### Transportation Services
- 6619 Air transportation
- 6312 Bus & limousine transportation
- 6361 Highway passenger transportation (except chartered service)
- 6114 Taxicabs
- 6635 Travel agents & tour operators
- 6338 Trucking (except trash collection)
- 6551 Water transportation
- 6650 Other transportation services

- 8888 Unable to classify

*U.S. Government Printing Office: 1991 — 285-173

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (0) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc., must file Form 1065.<br>▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074<br>**1991**<br>Attachment<br>Sequence No. 09 |
|---|---|---|

Name of proprietor: *Alexandra Rollins*

Social security number (SSN): 5303

A  Principal business or profession, including product or service (see instructions)
*Consulting*

B  Enter principal business code (from page 2) ▶ 7286

C  Business name  *Rollins & Associates*

D  Employer ID number (Not SSN)

E  Business address (including suite or room no.) ▶ *92 State St., Bristol, RI 02809*
City, town or post office, state, and ZIP code

F  Accounting method:  (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G  Method(s) used to value closing inventory:  (1) ☐ Cost   (2) ☐ Lower of cost or market   (3) ☐ Other (attach explanation)   (4) ☐ Does not apply (if checked, skip line H)   Yes | No

H  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? (If "Yes," attach explanation.)

I  Did you "materially participate" in the operation of this business during 1991? (If "No," see instructions for limitations on losses.)   ✓

J  If this is the first Schedule C filed for this business, check here   ▶ ☐

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see the instructions and check here  ▶ ☐ | 1 | 122,010 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 122,010 |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Subtract line 4 from line 3 and enter the gross profit here | 5 | 122,010 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Add lines 5 and 6. This is your gross income ▶ | 7 | 122,010 |

### Part II  Expenses (Caution: Enter expenses for business use of your home on line 30.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 5,680 | 21 | Repairs and maintenance | 21 | 8,545 |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 22 | Supplies (not included in Part III) | 22 | 16,419 |
| 10 | Car and truck expenses (see instructions—also attach Form 4562) | 10 | 6,847 | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 11 | Commissions and fees | 11 | | a | Travel | 24a | 12,294 |
| 12 | Depletion | 12 | | b | Meals and entertainment   10,166 | | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | c | Enter 20% of line 24b subject to limitations (see instructions)   2,033 | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | d | Subtract line 24c from line 24b | 24d | 8,133 |
| 15 | Insurance (other than health) | 15 | 6,725 | 25 | Utilities | 25 | 4,672 |
| 16 | Interest: | | | 26 | Wages (less jobs credit) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (list type and amount): | | |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 14,367 | | | | |
| 18 | Office expense | 18 | 24,903 | | | | |
| 19 | Pension and profit-sharing plans | 19 | | | | | |
| 20 | Rent or lease (see instructions): | | | | | | |
| a | Vehicles, machinery, and equipment | 20a | | | | | |
| b | Other business property | 20b | | 27b | Total other expenses | 27b | |
| 28 | Add amounts in columns for lines 8 through 27b. These are your total expenses before expenses for business use of your home ▶ | | | | | 28 | 118,585 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | 3,425 |
| 30 | Expenses for business use of your home (attach Form 8829) | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. If a profit, enter here and on Form 1040, line 12. Also enter the net profit on Schedule SE, line 2 (statutory employees, see instructions). If a loss, you MUST go on to line 32 (fiduciaries, see instructions) | | | | | 31 | 3,425 |

32  If you have a loss, you MUST check the box that describes your investment in this activity (see instructions)   32a ☐ All investment is at risk.
If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2 (statutory employees, see instructions). If you checked 32b, you MUST attach Form 6198.   32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 11334P   Schedule C (Form 1040) 1991

Schedule C (Form 1040) 1991    Page 2

## Part III  Cost of Goods Sold (See instructions.)

| | | |
|---|---|---|
| 33 | Inventory at beginning of year. (If different from last year's closing inventory, attach explanation.) | 33 |
| 34 | Purchases less cost of items withdrawn for personal use | 34 |
| 35 | Cost of labor. (Do not include salary paid to yourself.) | 35 |
| 36 | Materials and supplies | 36 |
| 37 | Other costs | 37 |
| 38 | Add lines 33 through 37 | 38 |
| 39 | Inventory at end of year | 39 |
| 40 | Cost of goods sold. Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 |

## Part IV  Principal Business or Professional Activity Codes

Locate the major category that best describes your activity. Within the major category, select the activity code that most closely identifies the business or profession that is the principal source of your sales or receipts. Enter this 4-digit code on page 1, line B. For example, real estate agent is under the major category of "*Real Estate,*" and the code is "*5520.*" (**Note:** *If your principal source of income is from farming activities, you should file Schedule F (Form 1040), Profit or Loss From Farming.*)

### Agricultural Services, Forestry, Fishing
**Code**
- 1990 Animal services, other than breeding
- 1933 Crop services
- 2113 Farm labor & management services
- 2246 Fishing, commercial
- 2238 Forestry, except logging
- 2212 Horticulture & landscaping
- 2469 Hunting & trapping
- 1974 Livestock breeding
- 0836 Logging
- 1958 Veterinary services, including pets

### Construction
- 0018 Operative builders (for own account)

**Building Trade Contractors, Including Repairs**
- 0414 Carpentering & flooring
- 0455 Concrete work
- 0273 Electrical work
- 0299 Masonry, dry wall, stone, & tile
- 0257 Painting & paper hanging
- 0232 Plumbing, heating, & air conditioning
- 0430 Roofing, siding & sheet metal
- 0885 Other building trade contractors (excavation, glazing, etc.)

**General Contractors**
- 0075 Highway & street construction
- 0059 Nonresidential building
- 0034 Residential building
- 3889 Other heavy construction (pipe laying, bridge construction, etc.)

### Finance, Insurance, & Related Services
- 6064 Brokers & dealers of securities
- 6080 Commodity contracts brokers & dealers; security & commodity exchanges
- 6148 Credit institutions & mortgage bankers
- 5702 Insurance agents or brokers
- 5744 Insurance services (appraisal, consulting, inspection, etc.)
- 6130 Investment advisors & services
- 5777 Other financial services

### Manufacturing, Including Printing & Publishing
- 0679 Apparel & other textile products
- 1115 Electric & electronic equipment
- 1073 Fabricated metal products
- 0638 Food products & beverages
- 0810 Furniture & fixtures
- 0695 Leather footwear, handbags, etc.
- 0836 Lumber & other wood products
- 1099 Machinery & machine shops
- 0877 Paper & allied products
- 1057 Primary metal industries
- 0851 Printing & publishing
- 1032 Stone, clay, & glass products
- 0653 Textile mill products
- 1883 Other manufacturing industries

### Mining & Mineral Extraction
- 1537 Coal mining
- 1511 Metal mining
- 1552 Oil & gas
- 1719 Quarrying & nonmetallic mining

### Real Estate
- 5538 Operators & lessors of buildings, including residential
- 5553 Operators & lessors of other real property
- 5520 Real estate agents & brokers
- 5579 Real estate property managers
- 5710 Subdividers & developers, except cemeteries
- 6155 Title abstract offices

### Services: Personal, Professional, & Business Services

**Amusement & Recreational Services**
- 9670 Bowling centers
- 9688 Motion picture & tape distribution & allied services
- 9597 Motion picture & video production
- 9639 Motion picture theaters
- 8557 Physical fitness facilities
- 9696 Professional sports & racing, including promoters & managers
- 9811 Theatrical performers, musicians, agents, producers & related services
- 9613 Video tape rental
- 9837 Other amusement & recreational services

**Automotive Services**
- 8813 Automotive rental or leasing, without driver
- 8953 Automotive repairs, general & specialized
- 8839 Parking, except valet
- 8896 Other automotive services (wash, towing, etc.)

**Business & Personal Services**
- 7658 Accounting & bookkeeping
- 7716 Advertising, except direct mail
- 7682 Architectural services
- 8318 Barber shop (or barber)
- 8110 Beauty shop (or beautician)
- 8714 Child day care
- 6676 Communication services
- 7872 Computer programming, processing, data preparation & related services
- 7922 Computer repair, maintenance, & leasing
- 7286 Consulting services
- 7799 Consumer credit reporting & collection services
- 8755 Counseling (except health practitioners)
- 6395 Courier or package delivery
- 7732 Employment agencies & personnel supply
- 7518 Engineering services
- 7773 Equipment rental & leasing (except computer or automotive)
- 8532 Funeral services & crematories
- 7633 Income tax preparation
- 7914 Investigative & protective services
- 7617 Legal services (or lawyer)
- 7856 Mailing, reproduction, commercial art, photography, & stenographic services
- 7245 Management services
- 8771 Ministers & chaplains
- 8334 Photographic studios
- 7260 Public relations
- 6536 Public warehousing
- 7708 Surveying services
- 8730 Teaching or tutoring
- 6510 Trash collection without own dump
- 6692 Utilities (dumps, snowplowing, road cleaning, etc.)
- 7880 Other business services
- 6882 Other personal services

**Hotels & Other Lodging Places**
- 7237 Camps & camping parks
- 7096 Hotels, motels, & tourist homes
- 7211 Rooming & boarding houses

**Laundry & Cleaning Services**
- 7450 Carpet & upholstery cleaning
- 7419 Coin-operated laundries & dry cleaning
- 7435 Full-service laundry, dry cleaning, & garment service
- 7476 Janitorial & related services (building, house, & window cleaning)

**Medical & Health Services**
- 9274 Chiropractors
- 9233 Dentist's office or clinic
- 9217 Doctor's (M.D.) office or clinic
- 9456 Medical & dental laboratories
- 9472 Nursing & personal care facilities
- 9290 Optometrists
- 9258 Osteopathic physicians & surgeons
- 9241 Podiatrists
- 9415 Registered & practical nurses
- 9431 Offices & clinics of other health practitioners (dieticians, midwives, speech pathologists, etc.)
- 9886 Other health services

**Miscellaneous Repair, Except Computers**
- 9019 Audio equipment & TV repair
- 9035 Electrical & electronic equipment repair, except audio & TV
- 9050 Furniture repair & reupholstery
- 2881 Other equipment repair

### Trade, Retail—Selling Goods to Individuals & Households
- 3038 Catalog or mail order
- 3012 Selling door to door, by telephone or party plan, or from mobile unit
- 3053 Vending machine selling

**Selling from Showroom, Store, or Other Fixed Location**

**Apparel & Accessories**
- 3921 Accessory & specialty stores & furriers for women
- 3939 Clothing, family
- 3772 Clothing, men's & boys'
- 3913 Clothing, women's
- 3756 Shoe stores
- 3954 Other apparel & accessory stores

**Automotive & Service Stations**
- 3558 Gasoline service stations
- 3319 New car dealers (franchised)
- 3533 Tires, accessories, & parts
- 3335 Used car dealers
- 3517 Other automotive dealers (motorcycles, recreational vehicles, etc.)

**Building, Hardware, & Garden Supply**
- 4416 Building materials dealers
- 4457 Hardware stores
- 4473 Nurseries & garden supply stores
- 4432 Paint, glass, & wallpaper stores

**Food & Beverages**
- 0612 Bakeries selling at retail
- 3086 Catering services
- 3095 Drinking places (bars, taverns, pubs, saloons, etc.)
- 3079 Eating places, meals & snacks
- 3210 Grocery stores (general line)
- 3251 Liquor stores
- 3236 Specialized food stores (meat, produce, candy, health food, etc.)

**Furniture & General Merchandise**
- 3988 Computer & software stores
- 3970 Furniture stores
- 4317 Home furnishings stores (china, floor coverings, drapes)
- 4119 Household appliance stores
- 4333 Music & record stores
- 3996 TV, audio & electronic stores
- 3715 Variety stores
- 3731 Other general merchandise stores

**Miscellaneous Retail Stores**
- 4812 Boat dealers
- 5017 Book stores, excluding newsstands
- 4853 Camera & photo supply stores
- 3277 Drug stores
- 5058 Fabric & needlework stores
- 4655 Florists
- 5090 Fuel dealers (except gasoline)
- 4630 Gift, novelty & souvenir shops
- 4838 Hobby, toy, & game shops
- 4671 Jewelry stores
- 4895 Luggage & leather goods stores
- 5074 Mobile home dealers
- 4879 Optical goods stores
- 4697 Sporting goods & bicycle shops
- 5033 Stationery stores
- 4614 Used merchandise & antique stores (except motor vehicle parts)
- 5884 Other retail stores

### Trade, Wholesale—Selling Goods to Other Businesses, etc.

**Durable Goods, Including Machinery Equipment, Wood, Metals, etc.**
- 2634 Agent or broker for other firms— more than 50% of gross sales on commission
- 2618 Selling for your own account

**Nondurable Goods, Including Food, Fiber, Chemicals, etc.**
- 2675 Agent or broker for other firms— more than 50% of gross sales on commission
- 2659 Selling for your own account

### Transportation Services
- 6619 Air transportation
- 6312 Bus & limousine transportation
- 6361 Highway passenger transportation (except chartered service)
- 6114 Taxicabs
- 6635 Travel agents & tour operators
- 6338 Trucking (except trash collection)
- 6551 Water transportation
- 6650 Other transportation services

- 8888 Unable to classify

*U.S. Government Printing Office: 1991 — 285-173

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (o) | (Including Information on Listed Property)  ▶ See separate instructions.   ▶ Attach this form to your return. | **1991** Attachment Sequence No. 67 |
| Name(s) shown on return | *Gordon A. ; Alexandra R. Upton* | Identifying number |

Business or activity to which this form relates

### Part I  Election To Expense Certain Tangible Property (Section 179) (Note: *If you have any "Listed Property," complete Part V.*)

| | | |
|---|---|---|
| 1 | Maximum dollar limitation (see instructions) | 1 | $10,000 |
| 2 | Total cost of section 179 property placed in service during the tax year (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation—Subtract line 3 from line 2, but do not enter less than -0- | 4 | |
| 5 | Dollar limitation for tax year—Subtract line 4 from line 1, but do not enter less than -0- | 5 | |

| (a) Description of property | (b) Cost | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | |
|---|---|---|
| 7 | Listed property—Enter amount from line 26 | 7 | |
| 8 | Total elected cost of section 179 property—Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction—Enter the lesser of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1990 (see instructions) | 10 | |
| 11 | Taxable income limitation—Enter the lesser of taxable income or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction—Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1992—Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: *Do not use Part II or Part III below for automobiles, certain other vehicles, cellular telephones, computers, or property used for entertainment, recreation, or amusement (listed property). Instead, use Part V for listed property.*

### Part II  MACRS Depreciation For Assets Placed in Service ONLY During Your 1991 Tax Year (Do Not Include Listed Property)

| (a) Classification of property | (b) Mo. and yr. placed in service | (c) Basis for depreciation (Business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 14 General Depreciation System (GDS) (see instructions): | | | | | | |
| a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| h  Nonresidential real property | | | 31.5 yrs. | MM | S/L | |
| | | | 31.5 yrs. | MM | S/L | |
| 15 Alternative Depreciation System (ADS) (see instructions): | | | | | | |
| a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part III  Other Depreciation (Do Not Include Listed Property)

| | | |
|---|---|---|
| 16 | GDS and ADS deductions for assets placed in service in tax years beginning before 1991 (see instructions) | 16 | |
| 17 | Property subject to section 168(f)(1) election (see instructions) | 17 | |
| 18 | ACRS and other depreciation (see instructions) | 18 | |

### Part IV  Summary

| | | |
|---|---|---|
| 19 | Listed property—Enter amount from line 25 | 19 | |
| 20 | Total—Add deductions on line 12, lines 14 and 15 in column (g), and lines 16 through 19. Enter here and on the appropriate lines of your return. (Partnerships and S corporations—see instructions) | 20 | |
| 21 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs (see instructions) | 21 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   Cat. No. 12906N   Form **4562** (1991)

Form 4562 (1991) Page 2

**Part V** Listed Property.—Automobiles, Certain Other Vehicles, Cellular Telephones, Computers, and Property Used for Entertainment, Recreation, or Amusement

*If you are using the standard mileage rate or deducting vehicle lease expense, complete columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A.—Depreciation (Caution: See instructions for limitations for automobiles.)

22a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  22b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 23 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| Vehicle | 1/1/91 | 85% | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 24 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |

25 Add amounts in column (h). Enter the total here and on line 19, page 1 . . . . . . . . 25
26 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . 26

### Section B.—Information Regarding Use of Vehicles—If you deduct expenses for vehicles:
- Always complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
- If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 Total business/investment miles driven during the year (DO NOT include commuting miles). | 20,600 | | 16,100 | | | | | | | | | |
| 28 Total commuting miles driven during the year | | | | | | | | | | | | |
| 29 Total other personal (noncommuting) miles driven . . . . . . . | | | | | | | | | | | | |
| 30 Total miles driven during the year— Add lines 27 through 29 . . . . . . | 20,600 | | 16,100 | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 31 Was the vehicle available for personal use during off-duty hours? . . . . | ✓ | | ✓ | | | | | | | | | |
| 32 Was the vehicle used primarily by a more than 5% owner or related person? . . | ✓ | | ✓ | | | | | | | | | |
| 33 Is another vehicle available for personal use? . . . . . . . . . | ✓ | | ✓ | | | | | | | | | |

### Section C.—Questions for Employers Who Provide Vehicles for Use by Their Employees
*(Answer these questions to determine if you meet an exception to completing Section B. Note: Section B must always be completed for vehicles used by sole proprietors, partners, or other more than 5% owners or related persons.)*

| | Yes | No |
|---|---|---|
| 34 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 35 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? (See instructions for vehicles used by corporate officers, directors, or 1% or more owners.) . . | | |
| 36 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . | | |
| 37 Do you provide more than five vehicles to your employees and retain the information received from your employees concerning the use of the vehicles? . . . . . . . . . . . . . . . . . . | | |
| 38 Do you meet the requirements concerning qualified automobile demonstration use (see instructions)? . . | | |

Note: *If your answer to 34, 35, 36, 37, or 38 is "Yes," you need not complete Section B for the covered vehicles.*

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 39 Amortization of costs that begins during your 1991 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 40 Amortization of costs that began before 1991 . . . . . . . . . . . . . . . . . . . . | | | | 40 | |
| 41 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return. . . . | | | | 41 | |

*U.S. Government Printing Office: 1991 — 285-329

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | ▶ See Instructions for Schedule SE (Form 1040). | 1991 |
| Department of the Treasury Internal Revenue Service (0) | ▶ Attach to Form 1040. | Attachment Sequence No. 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| Alexandria Rollins | 5303 |

## Who Must File Schedule SE

You must file Schedule SE if:

- Your *net earnings from self-employment from other than church employee income* (line 4 of Short Schedule SE or line 4c of Long Schedule SE) were $400 or more; **OR**
- You had church employee income (as defined in the instructions) of $108.28 or more;
  **AND**
- Your wages (and tips) subject to social security AND Medicare tax (or railroad retirement tax) were less than $125,000.

**Exception:** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, AND you filed **Form 4361** and received IRS approval not to be taxed on those earnings, DO NOT file Schedule SE. Instead, write "Exempt–Form 4361" on Form 1040, line 47.

**Note:** *Most people can use Short Schedule SE on this page. But you may have to use Long Schedule SE on the back.*

## Who MUST Use Long Schedule SE (Section B)

You must use Long Schedule SE if ANY of the following apply:

- You received wages or tips and the total of all of your wages (and tips) subject to social security, Medicare, or railroad retirement tax plus your net earnings from self-employment is more than $53,400;
- You use either "optional method" to figure your net earnings from self-employment (see Section B, Part II, and the instructions);
- You are a minister, member of a religious order, or Christian Science practitioner and you received IRS approval (by filing Form 4361) not to be taxed on your earnings from these sources, but you owe self-employment tax on other earnings;
- You had church employee income of $108.28 or more that was reported to you on Form W-2; **OR**
- You received tips subject to social security, Medicare, or railroad retirement tax, but you did not report those tips to your employer.

### Section A—Short Schedule SE (Read above to see if you must use Long Schedule SE on the back (Section B).)

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F (Form 1040), line 37, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 15a (other than farming). See instructions for other income to report . . . . . . . . | 2 | 3,425 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . | 3 | 3,425 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by .9235. If less than $400, do not file this schedule; you do not owe self-employment tax. **Caution:** *If you received wages or tips, and the total of your wages (and tips) subject to social security, Medicare, or railroad retirement tax plus the amount on line 4 is more than $53,400, you cannot use Short Schedule SE. Instead, use Long Schedule SE on the back* . . . . . . . . . . . . . . . . . . ▶ | 4 | 3,163 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $53,400 or less, multiply line 4 by 15.3% (.153) and enter the result.<br>• More than $53,400, but less than $125,000, multiply the amount in excess of $53,400 by 2.9% (.029). Add $8,170.20 to the result and enter the total.<br>• $125,000 or more, enter $10,246.60.<br>Also enter this amount on Form 1040, line 47 . | 5 | 484 |

**Note:** *Also enter one-half of the amount from line 5 on Form 1040, line 25.*

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 11358Z   Schedule SE (Form 1040) 1991

Schedule SE (Form 1040) 1991 — Attachment Sequence No. 17 — Page 2

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|

**Section B—Long Schedule SE** (Before completing, see if you can use Short Schedule SE on the other side (Section A).)

- **A** If you are a minister, member of a religious order, or Christian Science practitioner, AND you filed **Form 4361**, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I. ▶ ☐
- **B** If your only income subject to self-employment tax is church employee income and you are **not** a minister or a member of a religious order, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a.

### Part I  Self-Employment Tax

| | | |
|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F (Form 1040), line 37, and farm partnerships, Schedule K-1 (Form 1065), line 15a. (**Note:** Skip this line if you use the farm optional method. See requirements in Part II below and in the instructions.) | **1** |
| 2 | Net profit or (loss) from Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 15a (other than farming). See instructions for other income to report. (**Note:** Skip this line if you use the nonfarm optional method. See requirements in Part II below and in the instructions.) | **2** |
| 3 | Combine lines 1 and 2 | **3** |
| 4a | If line 3 is more than zero, multiply line 3 by .9235. Otherwise, enter the amount from line 3 here | **4a** |
| b | If you elected one or both of the optional methods, enter the total of lines 17 and 19 here | **4b** |
| c | Combine lines 4a and 4b. If less than $400, do not file this schedule; you do not owe self-employment tax. (**Exception:** If less than $400 and you had church employee income, enter -0- and continue.) ▶ | **4c** |
| 5a | Enter your church employee income from Form W-2. **Caution:** See the instructions for definition of church employee income .... **5a** | |
| b | Multiply line 5a by .9235. (If less than $100, enter -0-.) .... **5b** | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | **6** |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1991 | **7** $53,400 00 |
| 8a | Total social security wages and tips (from Form(s) W-2) and railroad retirement (tier 1) compensation .... **8a** | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) or railroad retirement (tier 1) tax .... **8b** | |
| c | Add lines 8a and 8b | **8c** |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 12a ▶ | **9** |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | **10** |
| 11 | Maximum amount of combined wages and self-employment earnings subject to Medicare tax or the 1.45% portion of the 7.65% railroad retirement (tier 1) tax for 1991 | **11** $125,000 00 |
| 12a | Total Medicare wages and tips (from Form(s) W-2) and railroad retirement (tier 1) compensation .... **12a** | |
| b | Unreported tips subject to Medicare tax (from Form 4137, line 14) or railroad retirement (tier 1) tax .... **12b** | |
| c | Add lines 12a and 12b | **12c** |
| 13 | Subtract line 12c from line 11. If zero or less, enter -0- here and on line 14 and go to line 15 | **13** |
| 14 | Multiply the **smaller** of line 6 or line 13 by 2.9% (.029) | **14** |
| 15 | **Self-employment tax.** Add lines 10 and 14. Enter the result here and on Form 1040, line 47 | **15** |

**Note:** Also enter one-half of the amount from line 15 on **Form 1040, line 25.**

### Part II  Optional Methods To Figure Net Earnings (See "Who Can File Schedule SE" and "Optional Methods" in the instructions.)

**Farm Optional Method.** You may use the farm optional method only if (a) Your gross farm income[1] was not more than $2,400 or (b) Your gross farm income[1] was more than $2,400 and your net farm profits[2] were less than $1,733.

| 16 | Maximum income for optional methods | **16** $1,600 00 |
|---|---|---|
| 17 | Enter the **smaller** of: two-thirds (⅔) of gross farm income[1] or $1,600. Also include this amount on line 4b above | **17** |

**Nonfarm Optional Method.** You may use the nonfarm optional method only if (a) Your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income[4] and (b) You had net SE earnings of at least $400 in 2 of the prior 3 years. **Caution:** You may use the nonfarm optional method no more than five times.

| 18 | Subtract the amount on line 17, if any, from line 16 and enter the result | **18** |
|---|---|---|
| 19 | Enter the **smaller** of: two-thirds (⅔) of gross nonfarm income[4] or the amount on line 18. Also include this amount on line 4b above | **19** |

[1] From Schedule F (Form 1040), line 11, and Schedule K-1 (Form 1065), line 15b.  [3] From Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 15a.
[2] From Schedule F (Form 1040), line 37, and Schedule K-1 (Form 1065), line 15a.  [4] From Schedule C (Form 1040), line 7, and Schedule K-1 (Form 1065), line 15c.

*U.S. Government Printing Office: 1991 — 285-19*

| Form **6251** | **Alternative Minimum Tax—Individuals** | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656. | **1991**<br>Attachment<br>Sequence No. 32 |

Name(s) shown on Form 1040 | Your social security number

| | | |
|---|---|---|
| 1 | Enter the amount from Form 1040, line 35. (If Form 1040, line 35 is less than zero, enter as a negative amount.) | 1  (116,696) |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount.) | 2 |
| 3 | Overall itemized deductions limitation (see instructions) | 3  (          ) |
| 4 | Combine lines 1, 2, and 3 | 4  (116,696) |
| 5 | **Adjustments:** (See instructions before completing.) | |
| a | Standard deduction, if any, from Form 1040, line 34 . . . . . . . 5a | |
| b | Medical and dental expenses. (Enter the smaller of the amount from Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 32.) . . . . . . 5b | |
| c | Miscellaneous itemized deductions from Schedule A (Form 1040), line 24 . . 5c | |
| d | Taxes from Schedule A (Form 1040), line 8 . . . . . . . 5d  2,490 | |
| e | Refund of taxes . . . . . . . . . . . . 5e (           ) | |
| f | Certain home mortgage interest . . . . . . 5f | |
| g | Investment interest expense . . . . . . . 5g | |
| h | Depreciation of tangible property placed in service after 1986 . . 5h | |
| i | Circulation and research and experimental expenditures paid or incurred after 1986  5i | |
| j | Mining exploration and development costs paid or incurred after 1986. . . 5j | |
| k | Long-term contracts entered into after 2/28/86 . . . . . . 5k | |
| l | Pollution control facilities placed in service after 1986 . . . . 5l | |
| m | Installment sales of certain property . . . . . 5m | |
| n | Adjusted gain or loss and incentive stock options . . . . . . 5n | |
| o | Certain loss limitations . . . . . . . . 5o | |
| p | Tax shelter farm loss . . . . . . . . . 5p | |
| q | Passive activity loss . . . . . . . . . 5q | |
| r | Beneficiaries of estates and trusts . . . . . 5r | |
| s | Combine lines 5a through 5r . . . . . . . . . . . . . | 5s  2,490 |
| 6 | **Tax preference items:** (See instructions before completing.) | |
| a | Appreciated property charitable deduction . . . . . . 6a | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86. . . 6b | |
| c | Depletion . . . . . . . . . . . . 6c | |
| d | Accelerated depreciation of real property placed in service before 1987 . . 6d | |
| e | Accelerated depreciation of leased personal property placed in service before 1987  6e | |
| f | Amortization of certified pollution control facilities placed in service before 1987 .  6f | |
| g | Intangible drilling costs . . . . . . . . 6g | |
| h | Add lines 6a through 6g . . . . . . . . . . . . . | 6h |
| 7 | Combine lines 4, 5s, and 6h . . . . . . . . . . . . . | 7  (114,206) |
| 8 | Energy preference adjustment for certain taxpayers. (Do not enter more than 40% of line 7.) See instructions . | 8 |
| 9 | Subtract line 8 from line 7 . . . . . . . . . . . . . | 9  (114,206) |
| 10 | Alternative tax net operating loss deduction. See instructions for limitations . . | 10 |
| 11 | **Alternative minimum taxable income.** Subtract line 10 from line 9. If married filing separately, see instructions | 11  (114,206) |
| 12 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | 12  40,000 |
| 13 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household). | 13  150,000 |
| 14 | Subtract line 13 from line 11. If zero or less, enter -0- here and on line 15 and go to line 16 | 14  0 |
| 15 | Multiply line 14 by 25% (.25) . . . . . . . . . . . | 15  0 |
| 16 | **Exemption.** Subtract line 15 from line 12. If zero or less, enter -0-. If completing this form for a child under age 14, see instructions for amount to enter . | 16  40,000 |
| 17 | Subtract line 16 from line 11. If zero or less, enter -0- here and on line 22 and skip lines 18 through 21. . | 17  0 |
| 18 | Multiply line 17 by 24% (.24) . . . . . . . . . . . | 18 |
| 19 | Alternative minimum tax foreign tax credit. See instructions . | 19 |
| 20 | Tentative minimum tax. Subtract line 19 from line 18 . . . . . | 20 |
| 21 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see instructions . | 21 |
| 22 | **Alternative minimum tax.** Subtract line 21 from line 20. If zero or less, enter -0-. Enter this amount on Form 1040, line 48. If completing this form for a child under age 14, see instructions for amount to enter . | 22  0 |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 13600G    Form **6251** (1991)

*U.S. Government Printing Office: 1991 — 285-376

Schedule SE (Form 1040) 1991     Attachment Sequence No. 17     Page

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|

### Section B—Long Schedule SE (Before completing, see if you can use Short Schedule SE on the other side (Section A).)

A   If you are a minister, member of a religious order, or Christian Science practitioner, AND you filed **Form 4361**, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . ▶ ☐

B   If your only income subject to self-employment tax is church employee income and you are **not** a minister or a member of a religious order, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a.

### Part I   Self-Employment Tax

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F (Form 1040), line 37, and farm partnerships, Schedule K-1 (Form 1065), line 15a. (**Note:** Skip this line if you use the farm optional method. See requirements in Part II below and in the instructions.) . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 15a (other than farming). See instructions for other income to report. (**Note:** Skip this line if you use the nonfarm optional method. See requirements in Part II below and in the instructions.) . | 2 | |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4a | If line 3 is more than zero, multiply line 3 by .9235. Otherwise, enter the amount from line 3 here | 4a | |
| b | If you elected one or both of the optional methods, enter the total of lines 17 and 19 here . . | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you **do not** owe self-employment tax. (**Exception:** If less than $400 and you had church employee income, enter -0- and continue.) ▶ | 4c | |
| 5a | Enter your church employee income from Form W-2. **Caution:** See the instructions for definition of church employee income . . . .   5a | | |
| b | Multiply line 5a by .9235. (If less than $100, enter -0-.) . . . .   5b | | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b . . . . . . . . . . | 6 | |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1991 . . . . . . | 7 | $53,400   0 |
| 8a | Total social security wages and tips (from Form(s) W-2) and railroad retirement (tier 1) compensation . . . . . . . . .   8a | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) or railroad retirement (tier 1) tax . . . . . . . .   8b | | |
| c | Add lines 8a and 8b . . . . . . . . . . . . . . . . . . . . . | 8c | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 12a ▶ | 9 | |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) . . . . . . . . . . . | 10 | |
| 11 | Maximum amount of combined wages and self-employment earnings subject to Medicare tax or the 1.45% portion of the 7.65% railroad retirement (tier 1) tax for 1991 . . . . . . | 11 | $125,000   00 |
| 12a | Total Medicare wages and tips (from Form(s) W-2) and railroad retirement (tier 1) compensation . . . . . . . . .   12a | | |
| b | Unreported tips subject to Medicare tax (from Form 4137, line 14) or railroad retirement (tier 1) tax . . . . . . . . .   12b | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . | 12c | |
| 13 | Subtract line 12c from line 11. If zero or less, enter -0- here and on line 14 and go to line 15 . | 13 | |
| 14 | Multiply the **smaller** of line 6 or line 13 by 2.9% (.029) . . . . . . . . . . . | 14 | |
| 15 | **Self-employment tax.** Add lines 10 and 14. Enter the result here and on Form 1040, line 47 . **Note:** Also enter one-half of the amount from line 15 on **Form 1040, line 25.** | 15 | |

### Part II   Optional Methods To Figure Net Earnings (See "Who Can File Schedule SE" and "Optional Methods" i the instructions.)

**Farm Optional Method.** You may use the farm optional method **only** if **(a)** Your gross farm income[1] was not more than $2,400 o **(b)** Your gross farm income[1] was more than $2,400 and your net farm profits[2] were less than $1,733.

| | | | |
|---|---|---|---|
| 16 | Maximum income for optional methods . . . . . . . . . . . . . . . . | 16 | $1,600   00 |
| 17 | Enter the **smaller** of: two-thirds (⅔) of gross farm income[1] or $1,600. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . . | 17 | |

**Nonfarm Optional Method.** You may use the nonfarm optional method **only** if **(a)** Your net nonfarm profits[3] were less than $1,73 and also less than 72.189% of your gross nonfarm income[4] **and (b)** You had net SE earnings of at least $400 in 2 of the prior years. **Caution:** You may use the nonfarm optional method no more than five times.

| | | | |
|---|---|---|---|
| 18 | Subtract the amount on line 17, if any, from line 16 and enter the result . . . . . . | 18 | |
| 19 | Enter the **smaller** of: two-thirds (⅔) of gross nonfarm income[4] or the amount on line 18. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . | 19 | |

[1] From Schedule F (Form 1040), line 11, and Schedule K-1 (Form 1065), line 15b.   [3] From Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 15a
[2] From Schedule F (Form 1040), line 37, and Schedule K-1 (Form 1065), line 15a.   [4] From Schedule C (Form 1040), line 7, and Schedule K-1 (Form 1065), line 15c.

*U.S. Government Printing Office: 1991 — 285-1

| Form **6251** | **Alternative Minimum Tax—Individuals** | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656. | **1991**<br>Attachment Sequence No. 32 |

Name(s) shown on Form 1040 | Your social security number

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Form 1040, line 35. (If Form 1040, line 35 is less than zero, enter as a negative amount.) | **1** | (116,696) |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount.) | **2** | |
| 3 | Overall itemized deductions limitation (see instructions) | **3** | ( ) |
| 4 | Combine lines 1, 2, and 3 | **4** | (116,696) |
| 5 | **Adjustments:** (See instructions before completing.) | | |
| a | Standard deduction, if any, from Form 1040, line 34 . . . . . . . . 5a | | |
| b | Medical and dental expenses. (Enter the smaller of the amount from Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 32.) . . . . 5b | | |
| c | Miscellaneous itemized deductions from Schedule A (Form 1040), line 24 . . 5c | | |
| d | Taxes from Schedule A (Form 1040), line 8 . . . . . . . . . . 5d  2,490 | | |
| e | Refund of taxes . . . . . . . . . . . . . . . . . . . 5e ( ) | | |
| f | Certain home mortgage interest . . . . . . . . . . . . . . 5f | | |
| g | Investment interest expense . . . . . . . . . . . . . . . 5g | | |
| h | Depreciation of tangible property placed in service after 1986 . . . . . 5h | | |
| i | Circulation and research and experimental expenditures paid or incurred after 1986 5i | | |
| j | Mining exploration and development costs paid or incurred after 1986 . . . 5j | | |
| k | Long-term contracts entered into after 2/28/86 . . . . . . . . . . 5k | | |
| l | Pollution control facilities placed in service after 1986 . . . . . . . . 5l | | |
| m | Installment sales of certain property . . . . . . . . . . . . . 5m | | |
| n | Adjusted gain or loss and incentive stock options . . . . . . . . . 5n | | |
| o | Certain loss limitations . . . . . . . . . . . . . . . . . 5o | | |
| p | Tax shelter farm loss . . . . . . . . . . . . . . . . . 5p | | |
| q | Passive activity loss . . . . . . . . . . . . . . . . . . 5q | | |
| r | Beneficiaries of estates and trusts . . . . . . . . . . . . . 5r | | |
| s | Combine lines 5a through 5r | **5s** | 2,490 |
| 6 | **Tax preference items:** (See instructions before completing.) | | |
| a | Appreciated property charitable deduction . . . . . . . . . . . 6a | | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86 . . . . 6b | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . 6c | | |
| d | Accelerated depreciation of real property placed in service before 1987 . . 6d | | |
| e | Accelerated depreciation of leased personal property placed in service before 1987 6e | | |
| f | Amortization of certified pollution control facilities placed in service before 1987 6f | | |
| g | Intangible drilling costs . . . . . . . . . . . . . . . . . 6g | | |
| h | Add lines 6a through 6g | **6h** | |
| 7 | Combine lines 4, 5s, and 6h | **7** | (114,206) |
| 8 | Energy preference adjustment for certain taxpayers. (Do not enter more than 40% of line 7.) See instructions | **8** | |
| 9 | Subtract line 8 from line 7 | **9** | (114,206) |
| 10 | Alternative tax net operating loss deduction. See instructions for limitations | **10** | |
| 11 | **Alternative minimum taxable income.** Subtract line 10 from line 9. If married filing separately, see instructions | **11** | (114,206) |
| 12 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | **12** | 40,000 |
| 13 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | **13** | 150,000 |
| 14 | Subtract line 13 from line 11. If zero or less, enter -0- here and on line 15 and go to line 16 | **14** | 0 |
| 15 | Multiply line 14 by 25% (.25) | **15** | 0 |
| 16 | **Exemption.** Subtract line 15 from line 12. If zero or less, enter -0-. If completing this form for a child under age 14, see instructions for amount to enter | **16** | 40,000 |
| 17 | Subtract line 16 from line 11. If zero or less, enter -0- here and on line 22 and skip lines 18 through 21 | **17** | 0 |
| 18 | Multiply line 17 by 24% (.24) | **18** | |
| 19 | Alternative minimum tax foreign tax credit. See instructions | **19** | |
| 20 | Tentative minimum tax. Subtract line 19 from line 18 | **20** | |
| 21 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see instructions | **21** | |
| 22 | **Alternative minimum tax.** Subtract line 21 from line 20. If zero or less, enter -0-. Enter this amount on Form 1040, line 48. If completing this form for a child under age 14, see instructions for amount to enter | **22** | 0 |

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 13600G   Form **6251** (1991)

*U.S. Government Printing Office: 1991 — 285-376