Internal Revenue Service | Department of the Treasury
District Director
31 Hopkins Plaza
Baltimore, Maryland 21202

File Copy 2 of 2

Date: OCT 2 4 1995

Social Security or Employer
Identification Number:

-2143

> GORDON A & ALEXANDRA R UPTON
2401 FOXHALL ROAD N.W.
WASHINGTON DC 20007

Tax Year Ended and Deficiency:

December 31, 1991          $30,074.00

SEE ATTACHED PENALTY SCHEDULE

Person to Contact:
NOTICE CLERK
Contact Telephone Number:
(410) 962-3093
Refer Reply to:
E:QAB:SN:KS

CERTIFIED MAIL

Dear TAXPAYER,

    We have determined that there is a deficiency (increase) in your tax as shown above. This letter is a NOTICE OF DEFICIENCY sent to you as required by law. The enclosed statement shows how we figured the deficiency.

    If you want to contest this determination in court before making any payment, you have 90 days from the above mailing date of this letter (150 days if addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. The petition should be filed with the United States Tax Court, 400 Second Street NW., Washington, D.C. 20217, and the copy of this letter should be attached to the petition. The time in which you must file a petition with the Court (90 or 150 days as the case may be) is fixed by law and the Court cannot consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

    If you dispute not more than $10,000 for any one tax year, a simplified procedure is provided by the Tax Court for small tax cases. You can get information about this procedure, as well as a petition form you can use, by


GOVERNMENT EXHIBIT B

writing to the Clerk of the United States Tax Court at 400 Second Street NW., Washington, D.C. 20217. You should do this promptly if you intend to file a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, we would appreciate it if you would sign and return the enclosed waiver form. This will permit us to charge your account quickly and will limit the accumulation of interest. The enclosed envelope is for your convenience. If you decide not to sign and return the statement and you do not timely petition the Tax Court, the law requires us to bill you after 90 days from the above mailing date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, please write to the person whose name and address are shown on this letter. If you write, please attach this letter to help identify your account. Keep the copy for your records. Also, please include your telephone number and the most convenient time for us to call, so we can contact you if we need additional information.

If you prefer, you may call the IRS contact person at the telephone number shown above. If this number is outside your local calling area, there will be a long distance charge to you.

You may call the IRS telephone number listed in your local directory. An IRS employee there will be able to help you, but the contact person at the address shown on this letter is most familiar with your case.

Thank you for your cooperation.

Sincerely yours,

Commissioner by

Paul M. Harrington
District Director

Enclosures:
Copy of this letter
Waiver
Envelope

ATTACHMENT TO LETTER 531
NOTICE OF DEFICIENCY
PENALTY SCHEDULE
GORDON A & ALEXANDRA R UPTON                2143

                        6662(a)

December 31, 1991        $6,015.00

Form 4089 (Rev. January 1983)   Department of the Treasury – Internal Revenue Service   Symbols
E:QAB:SH:KS

# Notice of Deficiency Waiver

OCT 2 4 1995

Name, SSN or EIN, and Address of Taxpayer
> GORDON A & ALEXANDRA R UPTON                      2143
  2401 FOXHALL ROAD N.W.
  WASHINGTON DC 20007

Kind of Tax                INCOME

Copy to Authorized Representative
    ROGER B FETTER CPA
    8601 FARRELL COURT
    CHEVY CHASE MARYLAND 20815

| Deficiency | Penalties |
|---|---|
| | 6662(a) |
| December 31, 1991   $30,074.00 | $6,015.00 |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law

| | |
|---|---|
| Your Signature | date |
| Spouse's Signature | date |
| Taxpayer's Representative Signature | date |
| Corporate Name Corporate Officers Signature | date |

Note: If you consent to the assessment of the amounts shown in this waiver please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a cla for refund (after you have paid the tax) if you later believe you are entitle to a refund. It will not prevent us from later determining, if necesssary, th you owe additional tax; nor will it extend the time provided by law for eithe action.
   If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Clai Court, but you may not file a petition with the United States Tax Court. Who Must Sign: If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her
   For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.
   For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this if not previously filed.
   For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

If you agree,please sign one copy and return it;keep the other copy for reco

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| GORDON UPTON<br>ALEXANDRA UPTON<br>3133 CONNECTICUT AVENUE N.W.<br>WASHINGTON, D.C. 20008 | -2143 | 1040 |
| | Person with whom examination changes were discussed | Name and Title<br>ROGER FETTER |

| | Year End: 12/31/91 | Year End: | Year End: |
|---|---|---|---|
| 1. Adjustments to income | $ | $ | $ |
| A. CONSULTING- ALEXANDRA ROLLINS | 102,595 | | |
| B. CONSULTING- GORDON UPTON | 86,867 | | |
| C. SELF-EMPLOYMENT TAX DEDUCTION | -5,070 | | |
| D. ITEMIZED DEDUCTIONS | 23,114 | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| T. | | | |
| 2. Total adjustments | 207,506 | | |
| 3. Taxable income per return or as previously adjusted | -120,996 | | |
| 4. Corrected taxable income | 86,510 | | |
| Tax Method | Tax Rate Schedule | | |
| Filing Status | Joint | | |
| 5. Tax | 19,934 | | |
| 6. Additional taxes | 0 | | |
| 7. Corrected tax liability | 19,934 | | |
| 8. Less   A. | | | |
|    Credits  B. | | | |
|            C. | | | |
|            D. | | | |
| 9. Balance (line 7 less total of lines 8A thru 8D) | 19,934 | | |
| 10. Plus   A.  SELF-EMPLOYMENT TAX | 10,624 | | |
|    Other  B. | | | |
|    Taxes  C. | | | |
|           D. | | | |
| 11. Total corrected tax liability (line 9 + lines 10A - 10D) | 30,558 | | |
| 12. Total tax shown on return or as previously adjusted | 484 | | |
| 13. Adjustment to   A.  Earned Income Credit | 0 | | |
|                    B.  Special Fuels Credit | 0 | | |
| 14. Deficiency -Increase in tax or (Overassessment -Decrease in tax) (line 11 less line 12 adjusted by line 13) | 30,074 | | |
| 15. Adjustments to prepayment credits | 0 | | |
| 16. Balance due or Overpayment (line 14 adjusted by line 15) (excluding interest and penalties) | $ 30,074 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

MicroRGR U11.3 (12/15/94)                 Page 1 of 2                 Form 4549A-CG (Rev. 10-93)

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer | Social Security or Employer Identification Number | Return Form No. |
|---|---|---|
| GORDON UPTON<br>ALEXANDRA UPTON | 2143 | 1040 |

| | Year End: 12/31/91 | Year End: | Year End: |
|---|---|---|---|
| 17. Penalties | $ | $ | $ |
| A. Accuracy-related IRC 6662(a) | 6,015 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total penalties | $ 6,015 | $ | $ |
| Summary of Taxes, Penalties, and Interest: | | | |
| A. Balance due or Overpayment of taxes (line 16, page 1) | 30,074 | | |
| B. Penalties (line 18, page 2) | 6,015 | | |
| C. Interest (IRC 6601) computed to 03/02/95 | 8,740 | | |
| D. Amount due or refund (sum of lines A, B, and C) | $ 44,829 | $ | $ |

Other Information:

| Examiner's Name, Office Symbols | District | Date |
|---|---|---|
| G. SINGLETARY | BALTIMORE | 03/02/95 |

Although this report is subject to review, you may consider it as your notice that your case is closed if you are not notified of an exception to these findings within 45 days after a signed copy of this report or a signed waiver, Form 870, is received by the District Director. If you agree, please sign one copy of this report and return it in the enclosed envelope. Keep the other copy with your records.

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus any additional interest as provided by law.

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By | | | Title | Date |

MicroRRR V11.3 (12/15/94)    Page 2 of 2    Form 4549A-CG (Rev. 10-90)

It is determined that you are not allowed a deduction for the below deductions in the amounts and for the tax years shown below since it has not been established that the deductions were expended or were expended for the designated purpose.

Furthermore, it has not been established that you are entitled to the deductions under any section of the Internal Revenue Code. Accordingly, your taxable income is increased in the amounts and for the tax years shown below.

CONSULTING - GORDON UPTON

1991

| | |
|---|---|
| Schedule C - bad debt | $ 57,561 |
| - car & truck | 7,797 |
| - office expense | 2,104 |
| - supplies | 5,340 |
| - travel | 6,954 |
| - meals & entertainment | 5,982 |
| - utilities | 1,502 |
| - insurance | 2,678 |
| TOTAL | $ 89,918 |

In addition, it is determined that you are entitled to deductions in the amounts and for the items and tax years shown below. Accordingly, your taxable income is decreased in the amounts and for the tax years shown below.

CONSULTING - GORDON UPTON

| | |
|---|---|
| Schedule C - home office | $ 3,051 |
| TOTAL | $ 3,051 |
| | |
| TOTAL ADJUSTMENT PER FORM 4549 | $ 86,867 |

It is determined that you are not allowed a deduction for the below deductions in the amounts and for the tax years shown below since it has not been established that the deductions were expended or were expended for the designated purpose.

Furthermore, it has not been established that you are entitled to the deductions under any section of the Internal Revenue Code. Accordingly, your taxable income is increased in the amounts and for the tax years shown below.

CONSULTING - ALEXANDRA ROLLINS

|  | 1991 |
|---|---|
| Schedule C - advertising | $ 5,680 |
| - car & truck | 6,847 |
| - insurance | 6,725 |
| - legal & professional | 7,173 |
| - office expense | 30,073 |
| - repairs & maintenance | 8,545 |
| - supplies | 15,504 |
| - travel | 12,294 |
| - meals & entertainment | 8,133 |
| - utilities | 4,672 |
| TOTAL | $105,646 |

In addition, it is determined that you are entitled to deductions in the amounts and for the items and tax years shown below. Accordingly, your taxabl income is decreased in the amounts and for the tax years shown below.

CONSULTING - ALEXANDRA ROLLINS

| Schedule C - home office | $ 3,051 |
|---|---|
| TOTAL | $ 3,051 |
| TOTAL ADJUSTMENT PER FORM 4549 | $102,595 |

It is determined that you are not allowed a deduction for the below deductions in the amounts and for the tax years shown below since it has not been established that the deductions were expended or were expended for the designated purpose.

Furthermore, it has not been established that you are entitled to the deductions under any section of the Internal Revenue Code. Accordingly, your taxable income is increased in the amounts and for the tax years shown below.

See the attached schedule for computation of the adjustment.
                                                              1991

Schedule A - mortgage interest                    $ 22,380
           - real estate taxes                         427

In addition, total itemized deductions have been limited due to the adjusted gross income phase-out limitation. Accordingly, taxable income is increased as follows.

Schedule A - total itemized deductions            $     307

     TOTAL ITEMIZED DEDUCTIONS ADJUSTMENT         $ 23,114
                                                  ======

Name of Taxpayer: GORDON UPTON
LEXANDRA UPTON

ID Number: -2143

03/02/95

## 1991 SCHEDULE A - ITEMIZED DEDUCTIONS

| | | | |
|---|---|---:|---:|
| 1. | Medical and dental expenses | 0 | |
| 2. | 7.5% of Adjusted Gross Income | 8,267 | |
| 3. | Line 1 less line 2 - Medical & Dental Expenses | | 0 |
| 4. | Taxes | | 2,063 |
| 5. | Interest expense | | 16,879 |
| 6. | Gifts to charity | | 775 |
| 7. | Casualty and theft losses | 0 | |
| 8. | 10% of Adjusted Gross Income | 11,022 | |
| 9. | Line 7 less line 8 - Casualty & Theft Losses | | 0 |
| 10. | Moving expenses | | 0 |
| 11. | Miscellaneous deductions limited by AGI | 0 | |
| 12. | 2% of Adjusted Gross Income | 2,204 | |
| 13. | Line 11 less line 12 Limited Miscellaneous Deductions | | 0 |
| 14. | Other miscellaneous deductions | | 0 |
| 15. | Sum of lines 3, 4, 5, 6, 9, 10, 13, and 14 | | 19,717 |
| 16. | Medical and dental expenses | 0 | |
| 17. | Investment interest | 0 | |
| 18. | Casualty and theft losses | 0 | |
| 19. | Gambling losses to extent of winnings | 0 | |
| 20. | Sum of lines 16, 17, 18, and 19 | 0 | |
| 21. | Line 15 less line 20 | 19,717 | |
| 22. | Line 21 multiplied by 80% | 15,774 | |
| 23. | Adjusted gross income | 110,220 | |
| 24. | $100,000 ($50,000 if married - separate) | 100,000 | |
| 25. | Line 23 less line 24 | 10,220 | |
| 26. | Line 25 multiplied by 3% | 307 | |
| 27. | Lesser of line 22 or line 26 | | 307 |
| 28. | Line 15 less line 27 - TOTAL ITEMIZED DEDUCTIONS | | 19,410 |
| 29. | Total Itemized Deductions - Per Return | | 42,524 |
| 30. | Total Itemized Deductions - As Corrected | | 19,410 |
| 31. | Line 29 less line 30 - Adjustment to Income | | 23,114 |

Self employment tax has been increased.  You are are entitled to a deduction for one-half of the recomputed amount.  Accordingly, taxable income has been decreased in the amounts for the following tax years.

|                              | 1991     |
|------------------------------|----------|
| Self-employment tax deduction | $ 5,070 |

Name of Taxpayer: GORDON UPTON
                  ALEXANDRA UPTON
ID Number: -2143

Schedule 3
03/02/95

## 1991 SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Spouse (ID Number: 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)

| | |
|---|---:|
| 1. Total earnings from self-employment | 106,020 |
| 2. Earnings subject to self-employment tax (Line 1 multiplied by .9235) | 97,909 |
| 3. Maximum earnings subject to social security tax | 53,400 |
| 4. Social security wages and tips from W-2 | 0 |
| 5. Unreported tips from Form 4137, line 9 | 0 |
| 6. Sum of lines 4 and 5 | 0 |
| 7. Line 3 less line 6 | 53,400 |
| 8. Lesser of lines 2 or 7 (0 if line 2 < $400) | 53,400 |
| 9. Applicable tax rate | 12.40% |
| 10. Line 8 multiplied by line 9 | 6,622 |
| 11. Maximum earnings subject to medicare tax | 125,000 |
| 12. Medicare wages and tips from W-2 | 0 |
| 13. Unreported tips from Form 4137, line 14 | 0 |
| 14. Sum of lines 12 and 13 | 0 |
| 15. Line 11 less line 14 | 125,000 |
| 16. Lesser of lines 2 or 15 (0 if line 2 < $400) | 97,909 |
| 17. Applicable tax rate | 2.90% |
| 18. Line 16 multiplied by line 17 | 2,839 |
| 19. Line 10 plus line 18 - SELF-EMPLOYMENT TAX | 9,461 |

Name of Taxpayer: GORDON UPTON
ALEXANDRA UPTON
ID Number: -2143

Schedule
03/02/95

## 1991 SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

| | | |
|---|---|---:|
| 1. | Total earnings from self-employment | 8,233 |
| 2. | Earnings subject to self-employment tax (Line 1 multiplied by .9235) | 7,603 |
| 3. | Maximum earnings subject to social security tax | 53,400 |
| 4. | Social security wages and tips from W-2 | 0 |
| 5. | Unreported tips from Form 4137, line 9 | 0 |
| 6. | Sum of lines 4 and 5 | 0 |
| 7. | Line 3 less line 6 | 53,400 |
| 8. | Lesser of lines 2 or 7 (0 if line 2 < $400) | 7,603 |
| 9. | Applicable tax rate | 12.40% |
| 10. | Line 8 multiplied by line 9 | 943 |
| 11. | Maximum earnings subject to medicare tax | 125,000 |
| 12. | Medicare wages and tips from W-2 | 0 |
| 13. | Unreported tips from Form 4137, line 14 | 0 |
| 14. | Sum of lines 12 and 13 | 0 |
| 15. | Line 11 less line 14 | 125,000 |
| 16. | Lesser of lines 2 or 15 (0 if line 2 < $400) | 7,603 |
| 17. | Applicable tax rate | 2.90% |
| 18. | Line 16 multiplied by line 17 | 220 |
| 19. | Line 10 plus line 18 - SELF-EMPLOYMENT TAX | 1,163 |

## 1991 DEDUCTION FOR ONE-HALF OF SELF-EMPLOYMENT TAX

| | | |
|---|---|---:|
| 1. | Corrected self-employment tax | 1,163 |
| 2. | Corrected self-employment tax - spouse | 9,461 |
| 3. | Sum of lines 1 and 2 | 10,624 |
| 4. | Line 3 divided by 2 - ONE-HALF OF SELF-EMPLOYMENT TAX | 5,312 |
| 5. | Self-employment Tax Deduction - Per Return | 242 |
| 6. | Self-employment Tax Deduction - As Corrected | 5,312 |
| 7. | Line 5 less line 6 - Adjustment to Income | -5,070 |

Name of Taxpayer: GORDON UPTON
                  ALEXANDRA
ID Number:

## EXPLANATION OF THE NEGLIGENCE UNDERPAYMENT

It has been determined that the underpayment of tax on line 7 below is due to negligence or intentional disregard of rules and regulations.

### 1991 - NEGLIGENCE UNDERPAYMENT - Section 6662(b)(1) and (c)

| | | |
|---|---|---:|
| 1. | Adjusted corrected tax, Form 4549, lines 11 and 13 | 30,558 |
| 2. | Total tax on return, Form 4549, line 12 | 484 |
| 3. | Underpayment excluding negligent issues | 0 |
| 4. | Line 1 less sum of lines 2 and 3 | 30,074 |
| 5. | Attributable prepayment credits not refunded | 0 |
| 6. | Prepayment credits adjustment subject to penalty | 0 |
| 7. | Sum of lines 4, 5, and 6 UNDERPAYMENT DUE TO NEGLIGENCE | 30,074 |

### 1991 ADJUSTMENTS TO WHICH NEGLIGENCE APPLIES:

| | | |
|---|---|---:|
| 1. | CONSULTING- ALEXANDRA ROLLINS | 102,595 |
| 2. | CONSULTING- GORDON UPTON | 86,867 |
| 3. | INTEREST EXPENSE | 22,380 |

Name of Taxpayer: GORDON UPTON
              ALEXANDRA UPTON
ID Number:    -2143

Schedule
03/02/95

===========================================================================

## EXPLANATION OF THE ACCURACY-RELATED PENALTY

Since a portion of the underpayment of tax required to be shown on the return is attributable to one or more of (1) negligence or disregard of rules or regulations, (2) any substantial understatement of income tax, or (3) any substantial valuation misstatement, an addition to the tax is charged as provided by Section 6662(a) of the Internal Revenue Code.

### 1991 - ACCURACY-RELATED PENALTY - Section 6662(a)

| | |
|---|---:|
| 1. Underpayment due to negligence | 30,074 |
| 2. Underpayment due to substantial understatement | 0 |
| 3. Underpayment due to substantial valuation misstatement | 0 |
| 4. Sum of lines 1, 2 and 3 - portion of underpayment attributable to accuracy-related issues | 30,074 |
| 5. Applicable penalty rate | 20.00% |
| 6. Line 4 multiplied by line 5 | 6,015 |
| 7. Previously assessed accuracy-related penalty | 0 |
| 8. Line 6 less line 7 - ACCURACY-RELATED PENALTY | 6,015 |

ATTACHMENT TO WAIVER

STATUTORY NOTICE
STATEMENT

INTEREST ON DEFICIENCY

Interest at the legal rate is owing on the amount due.