*Original Sent to ANSC TOOS PSP 5/2/94.*

| Form **2848**<br>(Rev. February 1993)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>**and Declaration of Representative**<br>▶ For Paperwork Reduction and Privacy Act Notice, see the instructions. | OMB No. 1545-0150<br>Expires 2-29-96 |

### Power of Attorney (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| GORDON A UPTON<br>ALEXANDRA R UPTON<br>3133 CONNECTICUT AVE NW<br>WASHINGTON DC 20008 | 2143<br>5303<br>Daytime telephone number<br>(202) 667-2827 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| ROGER B. FETTER, CPA<br>8601 FARRELL COURT<br>CHEVY CHASE, MD  20815 | ADDL: PHONE (301) 441-3655  FAX (301) 441-10<br>CAF No. 2605-33352R<br>Telephone No. (301) 588-1015<br>Fax No. (301) 588-1015<br>Check if new: Address ☐    Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No. (   )<br>Fax No. (   )<br>Check if new: Address ☐    Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No. (   )<br>Fax No. (   )<br>Check if new: Address ☐    Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax Matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| INCOME | 1040 | 1991  1990  1992 |
| | | |
| | | |

**4 Specific Use Not Recorded on Centralized Authorization File (CAF).**— If the power of attorney is for a specific use not recorded on CAF, please check this box. (See Line 4-Specific Uses Not Recorded on CAF on page 3.) . . . . . . . . . . ▶ ☐

**5 Acts Authorized.**— The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below) or the power to sign certain returns (see Line 5-Acts Authorized on page 4).
List any specific additions or deletions to the acts otherwise authorized in this power of attorney: _____

**Note:** In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

**Note:** The tax matters partner/person of a partnership or S corporation is not permitted to authorize representatives to perform certain acts. See the instructions for more information.

**6 Receipt of Refund Checks.**— If you want to authorize a representative named in line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

D244    Copyright Creative Microsystems Inc., Washington, D.C., 1993

**GOVERNMENT EXHIBIT C**

Form 2848 (Rev 2-93)

Form 2848 (Rev. 2-93)                            Page 2

7  Notices and Communications.— Notices and other written communications will be sent to the first representative listed in line 2.
   a  If you also want the second representative listed to receive such notices and communications, check this box. . . . . . . . . ▶ ☐
   b  If you do not want any notices or communications sent to your representative, check this box . . . . . . . . . . . . . ▶ ☐
8  Retention/Revocation of Prior Power(s) of Attorney.— The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**
9  Signature of Taxpayer(s).— If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner/person, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.
   ▶ IF THIS POWER OF ATTORNEY IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

*[Signature: Gordon A. Upton]*     2/14/94
Signature                                  Date              Title (if applicable)

Gordon A. Upton
Print Name

*[Signature: Alexandra Polin Upton]*     2-14-94
Signature                                  Date              Title (if applicable)

Alexandra Pollins Upton
Print Name

**Part II**  Declaration of Representative

Under penalties of perjury, I declare that:
- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
    a  Attorney—a member in good standing of the bar of the highest court of jurisdiction shown below.
    b  Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
    c  Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
    d  Officer — a bona fide officer of the taxpayer organization.
    e  Full-Time Employee — a full-time employee of the taxpayer.
    f  Family Member — a member of the taxpayer's immediate family (i.e. spouse, parent, child, brother, or sister).
    g  Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
    h  Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(a)(7) of Treasury Department Circular No. 230.

▶ If this declaration of representative is not signed and dated, the power of attorney will be returned.

| Designation — Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| B | MARYLAND | *[Signature: Roger B...]* | 3/30/94 |
|   |   |   |   |
|   |   |   |   |

D244  Copyright Creative Microsystems Inc., Washington, D.C., 1993