UNITED STATES TAX COURT

| | |
|---|---|
| GORDON A. UPTON AND<br>ALEXANDRA R. UPTON | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Docket No. 1507-96 |
| COMMISSIONER OF INTERNAL REVENUE, | )<br>) |
| Respondent. | )<br>) |

96 OCT 18 PM 3:30

CHIEF COUNSEL'S OFFICE
FOR THE
INTERNAL REVENUE SERVICE

COPY

### DECISION

Pursuant to agreement of the parties in this case, it is

ORDERED and DECIDED: That there is a deficiency in income tax and additions to the tax due from the petitioners as follows:

| TAXABLE YEAR ENDED | INCOME TAX | ADDITIONS TO THE TAX,<br>INT REV CODE OF 1986<br>6662(a) |
|---|---|---|
| December 31, 1991 | $21,942.00 | $4,388.00 |

Entered: OCT 1 8 1996

(Signed) Mary Ann Cohen
Judge

\*       \*       \*       \*       \*

Oct 23 12 25 PM '96

RECEIVED


GOVERNMENT EXHIBIT E

It is stipulated that:

1. the Court may enter this decision;

2. interest will be assessed as provided by law on the deficiency is not included in any amount shown in this decision; and

3. it is further stipulated that, effective upon the entry of this decision by the Court, petitioner(s) waive(s) the restriction contained in I.R.C. section 6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court has become final.

4. the above deficiency does not take into account any payments received by the Internal Revenue Service after April 5, 1996.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

GORDON A. UPTON
Petitioner
3811 Military Road NW
Washington, DC 20015
Date 9/30/96

By: _____ 10/16/96
KRISTINE A. ROTH        DATE
Assistant District Counsel
Tax Court Bar No. RK0046
Internal Revenue Service
4620 Wisconsin Avenue, NW
Washington, D. C. 20016
Telephone: (202) 634-5405

ALEXANDRA R. UPTON
Petitioner
3811 Military Road NW
Washington, DC 20015
Date Sept. 30, 1996