CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

GORDON A & ALEXANDRA R UPTON                EIN/SSN:              2143
                                                                  5303*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 45,087.00 | | | |
| | TAXABLE INCOME 6,588.00 | | | |
| | SELF EMPLOYMENT TAX 6,224.00 | | | |
| 04-15-1992 | RETURN FILED & TAX ASSESSED 08222-114-66982-2  199227 | | 484.00 | 07-13-1992 |
| 04-15-1992 | PAYMENT WITH RETURN | | 484.00 | |
| 10-16-1993 | RECEIVED POA/TIA | | | |
| 05-04-1994 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-1995 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 28247-461-10052-6  199611 | | 0.00 | 03-25-1996 |
| 03-21-1996 | LEGAL SUIT PENDING | | | |
| | MISCELLANEOUS PENALTY IRC 6662 ACCURACY PENALTY 28247-406-70007-7  199704 | 4,388.00 | | 02-03-1997 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28247-406-70007-7  199704 | 21,942.00 | | 02-03-1997 |
| | INTEREST ASSESSED 199704 | 11,827.90 | | 02-03-1997 |
| 06-30-1997 | SUBSEQUENT PAYMENT | | 832.00 | |

FORM 4340  (REV. 01-2002)                      PAGE    1



GOVERNMENT EXHIBIT
F
PENGAD-Bayonne, N.J.

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ORDON A & ALEXANDRA R UPTON                EIN/SSN:              2143
                                                                 5303*

YPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
ORM: 1040        TAX PERIOD: DEC  1991

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|-----|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 7-29-1997 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 8-27-1997 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 9-26-1997 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 0-29-1997 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 1-30-1997 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 1-02-1998 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 1-26-1998 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 3-02-1998 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 4-01-1998 | SUBSEQUENT PAYMENT |  | 875.00 |  |
| 4-21-1998 | SUBSEQUENT PAYMENT |  | 875.00 |  |

ORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

GORDON A & ALEXANDRA R UPTON              EIN/SSN:           2143
                                                            5303*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-02-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 07-01-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 08-03-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 08-03-1998 | SUBSEQUENT PAYMENT LEVY ON STATE INCOME TAX REFUND | | 188.00 | |
| 09-11-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 10-08-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 12-28-1998 | SUBSEQUENT PAYMENT | | 875.00 | |
| 04-26-1999 | INSTALLMENT AGREEMENT | | | |
| | ADDITIONAL TAX ASSESSED 08254-688-00002-9  199943 | | 0.00 | 11-08-1999 |
| 10-14-1999 | UPDATED POA/TIA | | | |

FORM 4340  (REV. 01-2002)                   PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

ORDON A & ALEXANDRA R UPTON          EIN/SSN:        2143
                                                     5303*

YPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
ORM: 1040     TAX PERIOD: DEC  1991

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 1-17-2000 | REMOVED POA/TIA | | | |
| 1-17-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 2-21-2000 | RECEIVED POA/TIA | | | |
| 0-13-2000 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 2-15-2000 | FEDERAL TAX LIEN | | | |
| 1-08-2001 | FEES AND COLLECTION COSTS | | 10.00 | |
| 1-12-2001 | LEGAL SUIT PENDING | | | |
| | ADDITIONAL TAX ASSESSED 08254-634-00002-1  200135 | | 0.00 | 09-10-2001 |
| | ADDITIONAL TAX ASSESSED 28254-404-18001-2  200204 | | 0.00 | 02-04-2002 |
| 4-15-2000 | OVERPAID CREDIT APPLIED 1040        199912 | | 8,830.00 | |

ORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

GORDON A & ALEXANDRA R UPTON              EIN/SSN:         2143
                                                          5303*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-16-2000 | OVERPAID CREDIT APPLIED 1040      199912 | | 39.00 | |
| 03-18-2002 | OVERPAID CREDIT APPLIED 1040      200112 | | 4,793.00 | |
| 04-15-2001 | OVERPAID CREDIT APPLIED 1040      199812 | | 375.22 | |
| 04-15-2002 | PRIOR TAX ABATED 08254-486-06306-2 | 15,298.00- | | |
| 04-15-2002 | INTEREST ABATED | 4,790.32- | | |
| | FAILURE TO PAY TAX PENALTY 200214 | | 488.85 | 04-15-2002 |
| 03-29-2002 | FEDERAL TAX LIEN RELEASED | | | |
| 04-01-2002 | UPDATED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 08254-528-07284-2  200220 | | 0.00 | 05-27-2002 |
| 05-06-2002 | LEGAL SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ORDON A & ALEXANDRA R UPTON             EIN/SSN:      -2143
                                                      -5303*

YPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
ORM: 1040      TAX PERIOD: DEC  1991

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|-----|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 5-27-2002 | REFUND | | (11,504.95) | |
| 5-27-2002 | INTEREST DUE TAXPAYER | | 1,016.16 | |
| 5-27-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 8-19-2002 | CLAIM DISALLOWED 04254-607-98000-2 | | | |
| 5-27-2002 | ERRONEOUS REFUND | | | |
| 2-03-1997 | Statutory Notice of Balance Due | | | |
| 3-10-1997 | Notice of Balance Due | | | |
| 4-14-1997 | Statutory Notice of Intent to Levy | | | |

ORM 4340  (REV. 01-2002)                    PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

GORDON A & ALEXANDRA R UPTON              EIN/SSN:        -2143
                                                          -5303*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991

--------------------------------------------------------------------

BALANCE           0.00

--------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Susan McMahon*

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 04/28/2004

FORM 4340  (REV. 01-2002)                    PAGE     7