Cert. Mail # P 339 477 364

# Form 1040X — Amended U.S. Individual Income Tax Return
(Rev. November 1999)
Department of the Treasury—Internal Revenue Service
OMB No. 1545-0091
► See separate instructions.

This return is for calendar year ► **1991**, OR fiscal year ended ►

Your first name and initial: **GORDON**
Last name: **UPTON**
Your social security number: ___-__-**2143**

If a joint return, spouse's first name and initial: **ALEXANDRA**
Last name: **ROLLINS**
Spouse's social security number: ___-__-**5303**

Home address: **24 GOODRICH ROAD**
City, town or post office, state, and ZIP code: **JAMAICA PLAIN MA 02130-2005**

A. If the name or address shown above is different from that shown on the original return, check here ► [X]
B. Has the original return been changed or audited by the IRS or have you been notified that it will be? [X] Yes [ ] No
C. Filing status.
  On original return ►  [ ] Single  [X] Married filing joint return  [ ] Married filing separate return  [ ] Head of household  [ ] Qualifying widow(er)
  On this return ►     [ ] Single  [X] Married filing joint return  [ ] Married filing separate return  [ ] Head of household*  [ ] Qualifying widow(er)

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

| | Income and Deductions | A. Original amount or as previously adjusted | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income | 113,924 | (3,924.00) | 10,000 |
| 2 | Itemized deductions or standard deduction | 23,114 | 0.00 | 23,114 |
| 3 | Subtract line 2 from line 1 | 90,810.00 | (103,924.00) | (13,114.00) |
| 4 | Exemptions | 4,300 | (4,300.00) | 0 |
| 5 | Taxable income | 86,510.00 | (99,624.00) | (13,114.00) |
| 6 | Tax (see page 4). Method used in col. C _____ | 19,934 | (19,934.00) | 0 |
| 7 | Credits | | | 0.00 |
| 8 | Subtract line 7 from line 6 | 19,934.00 | (19,934.00) | 0.00 |
| 9 | Other taxes | 10,624 | (10,483.00) | 141 |
| 10 | Total tax. Add lines 8 and 9 | 30,558.00 | (30,417.00) | 141.00 |

Tax Liability annotations: 13283, 9,143, 2,426, (21,442.00)

| | Payments | | | |
|---|---|---|---|---|
| 11 | Federal income tax withheld and RRTA tax withheld | | | |
| 12 | Estimated tax payments | | | |
| 13 | Earned income credit | | | |
| 14 | Additional child tax credit from Form 8812 | | | |
| 15 | Credits from Form 4136 or Form 2439 | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | | | 15,547 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | 15,547.00 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | |

Refund or Amount You Owe
19. Overpayment, if any, as shown on original return or as previously adjusted by the IRS ........ 
20. Subtract line 19 from line 18 (see page 5) ........ 15,547.00
21. AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 .... 0.00
22. If line 10, column C, is less than line 20, enter the difference ........ 15,406.00
23. Amount of line 22 you want REFUNDED TO YOU ........
24. Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX ........

Stamps: STATUTE MAY 10 2000; ANDOVER SERVICE CENTER APR 25 2000 #1 MAIL; RECEIVED FROM ANDOVER MA 01812; Program Unit; JUN 29 '00

Sign Here — signatures dated 4/20/00 and 4-20-00
Preparer: JOSEPH B. SANDLER & CO., P.C., 110 BROAD STREET, FOURTH FLOOR, BOSTON, MASS. 02110
EIN 04-3139275
Preparer's SSN or PTIN: 010586130

GOVERNMENT EXHIBIT G

ISA
STF FED3171F.1
Form 1040X (Rev. 11-99)

Form 1040X (Rev. 11-99)

**Part II** Exemptions. See Form 1040 or 1040A instructions.

If you are **not changing** your exemptions, do not complete this part.
If claiming **more exemptions**, complete lines 25 - 31.
If claiming **fewer exemptions**, complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 4,300 | 0 | 4,300 |
| 26 | Your dependent children who lived with you | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | | | |
| 28 | Other dependents | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 4,300 | 0 | 4,300 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
Note. For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐
- Dependents on line 31 not entered above ▶ ☐

**Part II** Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

The original return was changed by an audit in error as the gross
receipts were overstated by the Auditor since loan receipts were counted
as taxable income.
Subisquent to the audit

**Part III** Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-99)

STF FED3171F.2

**JOSEPH B. SANDLER & CO., P.C.**
110 BROAD STREET
BOSTON, MASSACHUSETTS 02110

RETURN RECEIPT
REQUESTED

P 359 777 364

CERTIFIED MAIL

Internal Revenue Service
Andover, MA 05501

UNITED STATES POSTAL SERVICE
9999

U.S. POSTAGE PAID
JAMAICA PLAIN, MA 02130
APR 21 '00
AMOUNT $2.98
00076185-09