[illegible photocopy of check]

Pauline Abate!
Andover SC

GOVERNMENT
EXHIBIT
H



Pauline Abate / Andover SC