Internal Revenue Service
Andover, MA 05501

Department of the Treasury
Control# 2003-47-346

Date: November 17, 2003

Person to contact: Ms. Cavagnaro
Employee number: 0811401677
Non-toll-free telephone number: 978-474-9729

GORDON A & ALEXANDRA R UPTON
24 GOODRICH RD
JAMAICA PLAIN, MA 02130-2005

Dear Taxpayers:

We're sorry but the tax refund identified below, that was either sent to you by check, or directly deposited into your bank account, was incorrect for the reason explained at the bottom of this page.

If you still have the check, please return it so we can correct the error. If you cashed the check, or received your refund by direct deposit, please mail us a check or money order payable to the Internal Revenue Service or the United States Treasury. The total amount you should send us is shown below. We may collect the interest from the date of the refund to the date of repayment.

When you reply, it will help us identify your account if you return Part 2 of this form with your payment. Also include your telephone number and the most convenient time to call you in case we need additional information. We have enclosed a preaddressed envelope for your convenience.

We regret the error and thank you for helping us correct it. If you have any questions, please contact the person whose name and telephone number are shown above. Keep this copy for your records.

Sincerely yours,

Carol J Stender-Larkin

Carol J Stender-Larkin
Director

Enclosure:
Envelope

| Social security or employer identification number | Form number | Tax period ended | Date and amount of refund |
|---|---|---|---|
| -2143 | 1040 | 12/31/1991 | 05/24/2002 $11,504.95 |
| **Refund should have been** | **Amount overpaid to you** | **Other amount due us** *(see explanation)* | **Total amount you should send us** |
| .00 | $11,504.95 | | $11,504.95 |
| **Interest due us** | | **Total amount you should now send us** | |
| $939.39 | | $12,444.34 | |

Explanation

This refund check was sent to you in error because you filed an improper Amended Return, Form 1040X.

GORDON [illegible] ALEXANDR[illegible]
24 GOODRICH RD
JAMAICA PLAIN MA 02130-2[illegible]

$***1996*95

Pauline Abate'
Andover SC



Pauline / Andover SC
Abate'