# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       **Plaintiff and**<br>       **Counterclaim**<br>       **Defendant**<br><br>·v.<br><br>Gordon Upton and<br>Alexandra Rollins Upton,<br><br>       **Defendants and**<br>       **Counterclaim**<br>       **Plaintiffs.** | **CIVIL ACTION<br>NO. 04-10999 MEL** |

## ASSENTED-TO MOTION TO EXTEND TIME FOR RESPONSE TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants and Counterclaim Plaintiffs Gordon Upton and Alexandra Rollins Upton and move to extend the time for filing a response to the previously filed Motion for Summary Judgment of Plaintiff and Counterclaim Defendant United States of America. In support of the instant Motion the Uptons state as follows:

1. On or about October 15, 2004 the United States filed its Motion for Summary Judgment.

2. Counsel for the Uptons, Peter W. KortKamp, and counsel for the United States, Lydia Bottome Turanchik, have conferred and have agreed that the Uptons' response to the Motion for Summary Judgment of the United States will be considered timely filed if mailed by Friday, December 10, 2004. Counsel further have agreed that the United States shall be entitled to file a response to the Uptons' response to the

Summary Judgment Motion and that such response shall be considered timely filed if mailed on or before the tenth business day following December 10, 2004.

WHEREFORE, counsel for the United States having agreed to extend the deadline for the Uptons to respond to the Motion to Dismiss, the Uptons hereby move for an extension until Friday, December 10, 2004 of the time by which they shall be required to respond to the Motion for Summary Judgment of the United States, such that the Uptons' response shall be considered timely if mailed Friday, December 10, 2004 and, further, that the United States shall be entitled to file a response to the Uptons' response to the Summary Judgment Motion and that such response shall be considered timely filed if mailed on or before the tenth business day following December 10, 2004.

Respectfully submitted.

Gordon Upton
Alexandra Rollins Upton
By Their Attorney:

Peter W. KortKamp
BBO No. 546425
52 Babcock Street, No. 2
Brookline, MA 02446
(617) 308-7583

October 28, 2004

United States of America
By Its Attorney:

/s/ Lydia Bottome Turanchik
Lydia Bottome Turanchik
Tax Division
U.S. Department of Justice
Ben Franklin Station
Washington, D.C. 20044

October 28, 2004

## Certificate of Service

I, the undersigned Peter W. KortKamp, hereby certify that I have this 28th day of October, 2004 served a true and complete copy of the within Assented-To Motion to Extend Time for Responding to United States' Motion for Summary Judgment by United States Mail first-class postage prepaid, to Counsel of Record for Plaintiff United States of America, Lydia Bottome Turnachik, Esq., Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044.

Peter W. KortKamp

**PETER W. KORTKAMP**
ATTORNEY AT LAW
52 BABCOCK STREET, SUITE 2
BROOKLINE, MA 02446
(617) 308-7583

October 28, 2004

Clerk for Civil Business
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way – Suite 9200
Boston, MA 02210

      Re:    U.S. v. Upton
           Dkt No. 04-10999 MEL

Dear Sir/Madam:

    Please find enclosed Assented-To Motion to Extend Time for Response to United States' Motion for Summary Judgment.

    Please handle in your usual course.

              Sincerely,

              Peter W. Kortkamp

Encl.

cc:    Lydia D. Bottome, Esq.
       Mr. and Mrs. Gordon and Alexandra Rollins Upton