**PETER W. KORTKAMP**
ATTORNEY AT LAW
52 BABCOCK STREET, NO. 2
BROOKLINE, MA 02446
(617) 308-7583

December 16, 2004

Susan Farbstein, Esq.
Chambers of the Hon. Morris E. Lasker
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: U.S. v. Upton
     Dkt No. 04-10999 MEL

Dear Ms. Farbstein:

  As you know, I represent Defendants and Counterclaim Plaintiffs Gordon and Alexandra Upton.

  This letter serves to confirm what I told you today over the telephone, namely:

- My clients are not opposing the Government's Motion for Summary Judgment, and

- My clients are withdrawing their Opposition to the Government's Motion to Dismiss the Counterclaim filed in this matter

  Based on the foregoing, it now appears that the hearing before Judge Lasker presently scheduled for this coming December 29th is unnecessary.

           Sincerely,

           Peter W. KortKamp

cc: Mr. and Mrs. Gordon and Alexandra Upton
   Opposing Counsel